| | | |
|---|---|---|
| Diana Salgado* | Alice Clapman* | David Brown* |
| Planned Parenthood Federation of America | Helene T. Krasnoff* | Hillary Schneller* |
| 434 W. 33rd Street, | Planned Parenthood Federation of America | Center for Reproductive Rights |
| New York, NY 10001 | 1110 Vermont Avenue NW, Suite 300 | 199 Water Street, 22nd Floor |
| (212) 541-7800 | Washington, DC 20005 | New York, NY 10038 |
| diana.salgado@ppfa.org | (202) 973-4800 | (917) 637-3600 |
| | alice.clapman@ppfa.org | dbrown@reprorights.org |
| *Attorney for Planned Parenthood Arizona, Inc.* | helene.krasnoff@ppfa.org | hschneller@reprorights.org |
| | *Attorneys for Planned Parenthood Arizona, Inc.* | *Attorneys for Paul A. Isaacson, M.D.* |
| Lawrence Rosenfeld | Andrew Beck* | Daniel Pochoda |
| AZ Bar No. 004426 | Talcott Camp* | AZ Bar No. 021979 |
| Daniel B. Pasternak | Brigitte Amiri* | Victoria Lopez |
| AZ Bar No. 023751 | American Civil Liberties Union Foundation | AZ Bar No. 330042** |
| Squire Patton Boggs (US) LLP | 125 Broad Street, 18th Fl. | American Civil Liberties Union Foundation of Arizona |
| 1 East Washington Street, Suite 2700 | New York, NY 10004 | 3707 N. 7th Street, Suite 235 |
| Phoenix, AZ 85004 | (212) 549-2633 | Phoenix, AZ 85014 |
| (602) 528-4000 | abeck@aclu.org | (602) 650-1854 |
| lawrence.rosenfeld@squirepb.com | tcamp@aclu.org | dpochoda@acluaz.org |
| daniel.pasternak@squirepb.com | bamiri@aclu.org | vlopez@acluaz.org |
| *Attorney for Planned Parenthood Arizona, Inc.* | *Attorneys for Eric Reuss, M.D., M.P.H.; Desert Star Family Planning, LLC; DeShawn Taylor, M.D.* | *Attorneys for Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D.; Desert Star Family Planning, LLC; DeShawn Taylor, M.D.* |

*Applications for admission pro hac vice forthcoming
**Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich, Arizona Attorney General, in his official capacity, et al.,<br><br>Defendants. | Civil Action No. _____<br><br>**MOTION TO EXCEED PAGE LIMITATION** |

Plaintiffs respectfully move this Court, pursuant to L.Civ.R. 7.2(e)(2), for an order permitting them to exceed by nine pages the 17-page limitation applicable under the rule to their motion requesting a temporary restraining order and/or preliminary injunctive relief and memorandum of law in support. A true and correct copy of the motion and brief ("brief"), which is 26 pages long, was filed this day, June 4, 2015.

Arizona Senate Bill 1318 (the "Act"), to be codified at Ariz. Rev. Stat. §§ 36-2153(A)(2)(h), (i), is scheduled to take effect July 3, 2015. The Act will violate Plaintiffs' and their patients' constitutional rights, including the right to free speech and the right to choose abortion, by compelling Plaintiffs to convey to their patients, in violation of medical ethics and their best medical judgment, a state-mandated message that is not medically or scientifically supported, and therefore is untruthful and/or misleading, that is irrelevant to most abortion patients, and that undermines the informed consent process.

Plaintiffs' present motion to extend the page limit should be granted because the issues presented in this action are complex and justify thorough briefing. *See, e.g., Campbell v. Fernando-Sholes*, CV-05-0880-PHX-SMM, 2009 WL 151200 (D. Ariz. Jan. 21, 2009) (granting a motion to exceed the 17-page limit by 14 pages "[i]n light of the complicated factual and procedural background of the case"). The medical and scientific facts underlying Plaintiffs' claim that the speech compelled by the Act is not supported by medical or scientific evidence require explanation, as do the facts showing how the speech compelled by the Act violates medical ethics, undermines informed consent, and will harm women and hinder Plaintiffs' ability to care for them. Additionally, the constitutional issues raised by the Act are serious and pressing, and warrant full and careful briefing.

For these reasons, Plaintiffs seek an extension of the page limit by 9 pages, to 26 pages, so that they may adequately explain why preliminary injunctive relief is necessary here. Furthermore, Plaintiffs' counsel have been diligent in editing the brief to conform to the page limitations while still adequately addressing the complexity and gravity of the facts and the law. Counsel believe that any further reduction would compromise the Plaintiffs' ability to present their arguments fully.

1

Accordingly, Plaintiffs respectfully requested that their motion to exceed the page limit be granted.

Dated: June 4th, 2015

Respectfully submitted,

| | |
|---|---|
| Diana Salgado* | *s/ Lawrence J. Rosenfeld* |
| PLANNED PARENTHOOD FEDERATION OF AMERICA | Lawrence Rosenfeld |
| 434 W. 33rd Street, | AZ Bar No. 004426 |
| New York, NY 10001 | Daniel B. Pasternak |
| (212) 541-7800 | AZ Bar No. 023751 |
| diana.salgado@ppfa.org | SQUIRE PATTON BOGGS (US) LLP |
| *Attorney for Planned Parenthood Arizona, Inc.* | 1 E. Washington Street, Ste. 2700 |
| | Phoenix, Arizona 85004 |
| | (602) 528-4000 |
| | lawrence.rosenfeld@squirepb.com |
| Alice Clapman* | daniel.pasternak@squirepb.com |
| Helene T. Krasnoff* | *Attorneys for Planned Parenthood Arizona, Inc.* |
| PLANNED PARENTHOOD FEDERATION OF AMERICA | |
| 1110 Vermont Avenue NW, Suite 300 | Daniel Pochoda |
| Washington, DC 2005 | AZ Bar No. 021979 |
| (202) 973-4800 | Victoria Lopez |
| alice.clapman@ppfa.org | AZ Bar No. 330042** |
| helene.krasnoff@ppfa.org | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA |
| *Attorneys for Planned Parenthood Arizona, Inc.* | 3707 N. 7th Street, Suite 235 |
| | Phoenix, AZ 85014 |
| David Brown* | (602) 650-1854 |
| Hillary Schneller* | dpochoda@acluaz.org |
| CENTER FOR REPRODUCTIVE RIGHTS | vlopez@acluaz.org |
| 199 Water Street, 22nd Floor | |
| New York, NY 10038 | *Attorneys for Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D.; Desert Star Family Planning, LLC; DeShawn Taylor, M.D.* |
| (917) 637-3600 | |
| dbrown@reprorights.org | |
| hscheller@reprorights.org | |
| *Attorneys for Paul A. Isaacson, M.D* | |
| | *** Admitted pursuant to Ariz. Sup. Ct. R. 38(f)* |
| Andrew Beck* | |
| Talcott Camp* | |
| Brigitte Amiri* | |
| AMERICAN CIVIL LIBERTIES UNION | |

FOUNDATION
125 Broad Street, 18th Fl.
New York, NY 10004
(212) 549-2633
abeck@aclu.org
tcamp@aclu.org
bamiri@aclu.org

*Attorneys for Eric Reuss, M.D., M.P.H.;
Desert Star Family Planning, LLC;
DeShawn Taylor, M.D.*

*\*Applications for admission pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

*s/Lawrence J. Rosenfeld*