1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8   Planned Parenthood Arizona, Inc., et al.,  )   No.  CV-15-01022-PHX-SPL
                                               )
9                                              )
                         Plaintiffs,           )   **ORDER**
10                                             )
    vs.                                        )
11                                             )
    Mark Brnovich, et al.,                     )
12                                             )
                         Defendants.           )
13                                             )

14

15         Arizona Senate Bill 1318 ("S.B. 1318"), containing a set of statutory amendments

16   to Arizona abortion laws,[1] was passed by the Arizona Legislature and signed by the

17   Governor on March 30, 2015. S.B. 1318 is scheduled to go into effect on July 3, 2015.

18   On June 4, 2015, Plaintiffs filed a Complaint (Doc. 1) and Motion for Temporary

19   Restraining Order and/or Preliminary Injunction (Doc. 22), asking this Court to enjoin the

20   enforcement of provisions of Section 4 of S.B. 1318 that amend the requirements for

21   obtaining a patient's informed consent to an abortion under A.R.S. § 36-2153(A)(2).

22         In an Order dated June 8, 2015 (Doc. 23), the Court set a preliminary injunction

23   hearing for June 23, 2015. The parties have filed a Stipulation (Doc. 30), in which they

24   jointly request that the hearing be postponed. They further request that a temporary

25   ───────────────

26   [1]      Section 1 of S.B. 1318 amends Section 20-121 of the Arizona Revised Statutes
    ("A.R.S.") (health care exchange); Section 2 of S.B. 1318 amends A.R.S. § 36-404
27   (limitation of disclosure of information); Section 3 of S.B. 1318 amends A.R.S. § 36-
    449.02 (abortion clinics); and Section 4 of S.B. 1318 amends A.R.S. § 36-2153 (informed
28   consent).

restraining order be entered and remain in effect until the Court has held a hearing and issued a ruling on Plaintiffs' Motion for Preliminary Injunction. *See* Fed. R. Civ. P. 65 (b)(2) (the Court may issue a temporary restraining order for an extended period upon consent of the adverse party). Finding the parties have presented good cause for their request,

**IT IS ORDERED** that the parties' Stipulation (Doc. 30) is **granted** as follows:

1.   **Temporary Restraining Order**: That Defendants are **temporarily restrained** and **enjoined** from enforcing the provisions of Section 4 of Arizona Senate Bill 1318 to be codified at A.R.S. §§ 36-2153(A)(2)(h) and (i), pending ruling on the Motion for Preliminary Injunction and further Order of this Court. Physicians and other designated health care professionals[2] are not required to comply with the provisions of Section 4 of S.B. 1318 to be codified at A.R.S. §§ 36-2153(A)(2)(h) and (i), absent further Order of this Court;

2.   **Briefing**: That the briefing schedule for the Motion for Preliminary Injunction (Doc. 22) is modified as follows:

- Plaintiffs shall have until **June 30, 2015** to file any supplemental memorandum in support of their Motion for Preliminary Injunction;

- Defendants shall file any Response to the Motion for Preliminary Injunction no later than **July 30, 2015**; and

- Plaintiffs shall file any Reply by **August 31, 2015**;

3.   **Hearing**:  That the Preliminary Injunction Hearing presently set for June 23, 2015 is **vacated**. A hearing on Plaintiffs' Motion for Preliminary Injunction shall be held on **October 21, 2015**, **October 22, 2015**, and **October 23, 2015**, at **9:00 a.m.**, before the Honorable Judge Steven P. Logan, United States District Judge, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona 85003, 5th Floor, Courtroom 501;

---

[2]      As enumerated in A.R.S. § 36-2153(A)(2)

4.    **Joint Pre-Hearing Statement**: That the parties shall jointly prepare and file a joint pre-hearing statement no later than **October 7, 2015**, setting forth the content prescribed in **Attachment A**;

5.    **Proposed Findings of Fact and Conclusions of Law:** That each party must submit *separate* Proposed Findings of Fact and Conclusions of Law no later than **October 7, 2015**. The Proposed Findings of Fact and Conclusions of Law shall be submitted by: (1) electronically filing a Notice of Filing with the Clerk of the Court, with the Proposed Findings of Fact and Conclusions of Law attached to the Notice; (2) providing a paper copy (three-hole punched with binder) to chambers; and (3) emailing a copy to Logan_Chambers@azd.uscourts.gov in Microsoft Word® format; and

6.    **Proposed Injunction:** That Plaintiffs shall submit a proposed form of preliminary injunction, including the proposed bond amount (if applicable), no later than **October 7, 2015**;

7.    **Exhibits and Depositions**: That the parties shall mark, list, and deliver exhibits and deposition materials in the manner prescribed in **Attachment B** no later than **October 16, 2015**;

8.    **Exhibit and Witness Lists**: That the parties shall complete and provide Exhibit and Witness Lists in the manner prescribed in **Attachment B** no later than **October 16, 2015**;

9.    **Information for Court Reporter:** That a "Joint Notice to Court Reporter" shall be emailed to the Court Reporter at Candy_Potter@azd.uscourts.gov no later than **October 16, 2015**. The Notice shall contain the following information:

(i) *Hearing Terms and Names*:

- Proper names, including those of witnesses;
- Acronyms;
- Geographic locations;
- Technical (including medical) terms, names or jargon;
- Case names and citations; and

- Pronunciation of unusual or difficult words or names;

(ii) *Feed and Transcript*: Whether either party requests a real-time feed and/or daily transcript of hearing proceedings; and

(iii) *Deposition(s)*: Concordance from key depositions.

## ADVISAL BY THE COURT

The Court will not allow the parties to offer an exhibit, a witness, or other information at the hearing that was not: (1) disclosed in accordance with the provisions of this Order; (2) disclosed in accordance with the provisions of the Federal Rules of Civil Procedure; and (3) listed in the Joint Pre-Hearing Statement, unless the offering party can show good cause as to why such party failed to comply with these requirements.

Dated this 16th day of June, 2015.

Honorable Steven P. Logan
United States District Judge

1

**ATTACHMENTS**

2    Attachment A        Joint Pre-Hearing Statement

3    Attachment B        Exhibit and Hearing Material Instructions

4                        Exhibit List Form

5                        Witness List Form

6                        Exhibit Cover Sheet

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28