IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc., et al.,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>Mark Brnovich, et al.,<br><br>　　　　　　　Defendants. | No.  CV-15-01022-PHX-SPL<br><br>**ORDER** |

Before the Court are Motions to Dismiss filed by Defendants Jenna Jones and Patricia E. McSorley (Doc. 40), Defendants Jodi A. Bain, Marc D. Berg, Donna Brister, Screven Farmer, Gary R. Figge, Robert E. Fromm, Paul S. Gerding, James Gillard, Lois Krahn, Edward G. Paul, Richard T. Perry, and Wanda J. Salter (Doc. 41), Defendants Douglas Cunningham, Gary Erbstoesser, Jerry G. Landau, Martin B. Reiss, Lew Riggs, Vas Sabeeh, and Scott Steingard (Doc. 43), Defendant Cara M. Christ (Doc. 44), and Defendant Mark Brnovich (Doc. 46).  Upon consideration of these filings,

**IT IS ORDERED**:

1. That Plaintiffs must file their Response to the Motions to Dismiss no later than **July 31, 2015**;

2. That Plaintiffs may, but not must, file a Consolidated Response to the Motions to Dismiss; and

3. That if Plaintiffs file a Consolidated Response to the Motions to Dismiss, the response, including its supporting memorandum, may not exceed **twenty-seven (27)**

**pages** absent further leave of Court.

Dated this 1st day of July, 2015.

_____
Honorable Steven P. Logan
United States District Judge

2