# EXHIBIT B
# MARY L. DAVENPORT, M.D.
# DECLARATION

Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
8110 East Cactus Road, Ste. 100
Scottsdale, AZ 85260-5210
mdlaw@muellerdrury.com
(480) 368-5511
State Bar No. 011461
Attorney for Defendant Cara M. Christ,
Director of the Arizona Department of Health Services,
in her official capacity

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Planned Parenthood Arizona, Inc., et al.　)　Case No.: 2:15-CV-01022-SPL
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　**DECLARATION OF**
　　　　　　　　　　　　　　　　　　)　**MARY L. DAVENPORT, M.D.**
　　　　　　　　　　　　　　　　　　)
Mark Brnovich, Arizona Attorney General,)
in his official capacity, et. al.,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　)
　　　　　　　　　　　　　　　　　　)
_____)

## DECLARATION OF MARY DAVENPORT, M.D.

Dr. Mary L. Davenport declares as follows:

1.　I am over 18 years of age and competent to make this declaration.

2.　I submit this declaration in opposition to Plaintiffs' Motion for a Preliminary Injunction preventing enforcement of Arizona SB 1318, a State law requiring abortion providers to provide women information about the possibility of reversing the effects of mifepristone, the first drug of the common two drug abortion protocol, prior to beginning the abortion.

-1-

1

MY CREDENTIALS AS AN EXPERT

2

3. I am a board certified obstetrician-gynecologist and Fellow of the American

3

College of Obstetrics and Gynecology. I have been practicing obstetrics and

4

gynecology for thirty-five years. I have treated thousands of women for normal and

5

high risk pregnancy, pregnancy loss, infertility, and complications of medical and

6

surgical abortion, as well as other gynecologic conditions. Although I provided

7

abortions in the past, I no longer do so.

8

I have taught obstetrics and gynecology to medical residents, medical students,

9

and midwifery students in several institutions. Additionally, I have lectured nationally

10

and internationally to physician, lay, pro-life, and church groups, and in medical

11

schools and other institutions of higher learning, on many topics in obstetrics,

12

gynecology, human sexuality, and bioethics, including medical and surgical abortion

13

and abortion complications.

14

I have followed and studied the development of medical (non-surgical) abortion,

15

including the anti-progestin (progesterone blocker) mifepristone (RU-486) since the

16

early clinical trials, and noted the enthusiasm of mifepristone researchers regarding

17

mifepristone's potential for control of fertility based on its embryocidal properties. I

18

also was aware that although mifepristone was embryocidal in most cases, it did not

19

always succeed in emptying the uterus sufficiently to produce a complete abortion. For

20

this reason, a second drug, misoprostol, was soon added in the early experiments with

21

the drug. I have reviewed many of these articles on medical abortion regimens,

22

pharmacology and complications over past decades, including a preliminary review of

23

the 29 early medical abortion trials using mifepristone alone that are cited here. I am

24

aware that the embryo, or fetus, (as it is termed after eight weeks gestation), may

25

survive mifepristone. I am familiar with both the FDA-approved abortion protocol and

1  the Abortion Rights Mobilization Protocol (more recently referred to as the "evidence-
2  based protocol") with the reduced dose of mifepristone and home administration of the
3  second abortion drug, misoprostol.

4      I first learned of APR (abortion pill reversal) in 2011 from the staff of Priests for
5  Life.  They had published a report in 2007 of a North Carolina woman who had
6  immediate regret after ingesting mifepristone, the first drug in the usual medical
7  abortion regimen, but before ingesting the second drug, misoprostol.  She had sought
8  help from a local physician, Dr. Matthew Harrison, to attempt to stop the abortion.  Dr.
9  Harrison blocked the effects of the mifepristone with progesterone injections, and a
10  normal pregnancy and delivery ensued.  The patient was immensely grateful for having
11  a second chance to avoid aborting her baby.  I was already familiar with the mechanism
12  of mifepristone as a progesterone blocker, and the concept of competitive inhibition of
13  mifepristone with progesterone seemed totally logical.  In addition, I learned at that
14  time that several other physicians had also used progesterone to reverse the effects of
15  mifepristone successfully, resulting in normal pregnancies and babies.  Shortly after
16  this, I received a telephone call from Dr. George Delgado, asking me to assist a young
17  woman who had changed her mind shortly after taking mifepristone.  I was happy to do
18  so, and have since participated in four attempts at abortion reversal, two of them
19  successful.  Additionally, I was aware of the medical literature that did not implicate
20  mifepristone in birth defects.  In any treatment, we weigh risks and benefits, and the
21  benefit of a live baby appeared to me to overwhelmingly dwarf the very small risk of
22  undertaking progesterone administration to reverse mifepristone.

23      I have used progesterone in my medical practice for more than three decades to
24  prevent pregnancy loss in early and late pregnancy.  For the purpose of saving a
25  pregnancy after mifepristone ingestion, I apply the modification of the Hilgers

1  progesterone protocol recommended by Dr. Delgado and initially developed in
2  consultation with an expert in pharmacology.  This is a safe and reasonable protocol
3  similar to what I have used with hundreds of women, and similar to common treatments
4  used in infertility therapies for women at risk for pregnancy loss.

5        In my past experience as an abortion provider, I observed that a number of
6  women are very ambivalent about the abortion decision.  This is obvious when we see
7  that immediately after abortion, some women are grateful for the opportunity to undo
8  their abortion decision.    There is a subgroup of women especially at risk for
9  psychological trauma after abortion, including psychiatric hospitalization, suicide,
10 depression and substance abuse.  One of the characteristics of women at risk for
11 psychological trauma is coercion or pressure to have the abortion (Friedman).
12 Additionally, women who have bonded with their unborn baby and who are religious
13 are more at risk. Adolescent or very young women are more likely to be traumatized by
14 abortion.  These characteristics of at-risk women are actually found in a textbook for
15 abortion providers (Baker).  Two-thirds of women in a 2004 study say that they had no
16 pre-abortion counseling whatsoever (Rue).  The profile of a young, ambivalent,
17 possibly coerced woman who is already bonded to her unborn baby coincides with
18 those who we encounter seeking to undo their abortion decision.  I believe we provide a
19 critical service to this group of women when we offer them this second chance.

20       Upon first learning of abortion reversal treatment in 2011, I believed it had much
21 value in saving the lives of babies as well as helping their mothers.  I decided, with Dr.
22 Delgado, to gather information on the cases of abortion reversal that had already
23 occurred, and to inform others about this treatment.  To these end, we co-authored the
24 article "Progesterone Use to Reverse the Effects of Mifepristone."  Within two years of
25 the publication of this article, numerous obstetrician-gynecologists and family medicine

1  physicians have attempted medical abortion reversal or have declared their willingness

2  to do so. The treatment has been endorsed by the American Association of ProLife

3  Obstetricians and Gynecologists, a 2500 member physician group.

4      THE USE OF MIFEPRISTONE IN ABORTION

5      4.      Mifepristone was approved by the FDA under its Subpart H authority and

6  is effective at terminating pregnancy.

7      5.      Mifepristone is most effective when given prior to 7 weeks gestation,

8  when it is approved for use by the FDA. However, some abortion providers will

9  prescribe mifepristone through 9 weeks gestation when its effectiveness is diminished.

10 Mifepristone is less effective after 7 weeks because the luteo-placental shift occurs at

11 this time, transferring production of progesterone from the ovary to the placenta.

12 Mifepristone is more effective at inhibiting progesterone production from the corpus

13 luteum in the ovary than from the placenta, and overall progesterone production is

14 greater after the 7th week, as the placenta takes over production.

15     6.      The FDA approved mifepristone to be used as part of a two drug protocol

16 with misoprostol. Under this protocol, the woman first takes three 200 mg mifepristone

17 tablets orally in the office of the abortion provider. The drug is only furnished to

18 abortion providers and not available in retail pharmacies. See Mifepristone Final

19 Printed Label:

   http://www.accessdata.fda.gov/drugsatfda_docs/label/2005/020687s013lbl.pdf.

20 Mifepristone works by blocking the progesterone receptor on the uterine lining and by

21 diminishing progesterone secretion of the corpus luteum of the ovary. If not

22 counteracted, the effect is to cause the embryo to detach, die and be expelled. The FDA

23 protocol requires the woman to return to the abortion provider's office after two days

24 for administration of the second drug, misoprostol. The abortion provider determines if

25 the mifepristone alone has completed the abortion, meaning that the embryo has both

   been killed and pregnancy tissue expelled. If the abortion has not already been

completed, the woman is given misoprostol to augment or induce the contractions necessary to expel the remaining pregnancy tissue.

7. Some abortion providers also use an off-label protocol in which the woman receives only one 200 mg mifepristone tablet and is given misoprostol to take on her own at home after one to two days have passed.

8. Many of the long-standing uses of progesterone to aid in fertility and preservation of fetal life are off-label including injectable, oral and other forms of progesterone.

9. In the substantial majority of cases, mifepristone alone is embryocidal, meaning that it will terminate the life of the embryo.

10. When abortion with mifepristone is undertaken, there are four possible outcomes:

   I. Complete abortion with expulsion of all pregnancy tissue. This can take up to two weeks or more.

   II. Incomplete abortion, in which only part of the pregnancy tissue is expelled. In this case, there can be severe hemorrhage, sometimes requiring hospitalization, emergency surgery (suction curettage), and blood transfusion. Notably, some authors may include missed abortion (Category III) within the category of incomplete abortion.

   III. Missed abortion. In these cases, the embryo or fetus is aborted (dies) but the pregnancy tissue is not expelled. There can be minimal to mild bleeding, or rarely, no bleeding. However, urine pregnancy tests may still be positive and serum HCG (pregnancy hormone) may still be present or even rise, during the treatment period.

   IV. A surviving living pregnancy with fetal heart tones, or a growing gestational sac may be found

11. Dr. Etienne-Emile Baulieu, the principal developer of the Mifepristone or RU-486 for abortion, found that for pregnancies from 4-7 weeks gestation (up to the window approved by the FDA), mifepristone alone was successful at aborting the pregnancy in 90% of the cases, with 70% complete abortions and 20% incomplete abortions (the embryo was killed but had not been completely or partially expelled). In

only 10% of cases did mifepristone alone produce "no clinical effect, meaning that the embryo survived. (Baulieu, 1985).

12.    According to Baulieu, even between 8-10 weeks gestation, beyond the time in which mifepristone is approved by the FDA, mifepristone alone produced complete abortions in 50% of the cases, incomplete abortions in 35%, and in only 15% was there "no clinical effect." meaning fetal survivals (Baulieu, 1985.)

EFFICACY OF MIFEPRISTONE IN ABORTION

13.    I have reviewed 29 published studies, of which four are duplicated, of the effectiveness of mifepristone alone in terminating pregnancy. The full list of those studies is attached to this declaration as Exhibit 1. These include the 11 identified by Dr. Grossman, as well as 14 others. I have also reviewed numerous other studies on mifepristone protocols, mechanisms and pharmacology in animal models and humans.

14.    Some of the 29 studies are not helpful in determining the effectiveness rate of mifepristone alone in aborting a pregnancy because they do not use ultrasound to identify fetal heart tones or measure gestational sac growth to determine whether mifepristone has been successful at killing the embryo.  Studies that do not use ultrasound to confirm the effect of mifepristone on the embryo fail to distinguish between incomplete abortions, missed abortions in which fetal heart tones are not present, and living pregnancies. Some of the studies cited by Dr. Grossman (Birgerson, Grimes, Zheng) did not use ultrasound on any patients or on patients at the end of treatment.  Others do not clearly note if living pregnancies exist (Swahn). The early mifepristone researchers were concerned primarily with producing a complete abortion with no residual pregnancy tissue, and some did not find it relevant or important to note if the embryos were alive at the end of the failed procedures.  While these studies may be sufficient for the purpose of considering alternative doses of mifepristone for

effecting a successful complete abortion, they are insufficient to determine the rate of survivors with any confidence. As Baulieu said, especially with increasing gestation, "failure occurs more often with expulsion than the failure rate of unaltered pregnancies" (Baulieu, 1989).

15. For example, the Zheng study relied upon by Dr. Grossman and noted by Dr, Schreiber for a supposed 46% "failure"[1] rate of mifepristone did not use ultrasound at the end of the treatment period in those patients categorized as having "persisting" pregnancies. Rather, Zheng deemed a pregnancy to be "persisting" if a urine pregnancy test was still positive after 7 days, if the patient had not bled heavily, physical exam did not indicate abortion was completed, and/or the HCG (a hormone produced by the pregnancy) had risen slowly. However, in other mifepristone studies, urine pregnancy tests remained positive after incomplete or even complete abortions. Serum HCG levels rose rapidly in living pregnancies after mifepristone but rose more slowly in missed or incomplete abortions, as shown in a number of the studies that distinguished living pregnancies from failed evacuations (Ylikorkala). Furthermore "HCG levels have a long half-life and do not necessarily indicate an incomplete abortion." (Cameron). Further, Zheng's study cannot distinguish between missed abortions where no or little bleeding had occurred and an actual failure of mifepristone with a living pregnancy. Thus, the reported 46% "failure" rate is not reliable for determining the actual rate of mifepristone's failure to produce a complete, incomplete, missed or failed abortion. This reliance on faulty criteria explains why Zheng's reported rate of mifepristone "failure" is more than double the rate of comparable studies that used ultrasound to determine if the embryo were still alive at the end of the treatment period.

---

[1] One arm of the Zheng study with 95  patients alleged a 46% persisting pregnancy rate; another arm with 204 subjects had a 31% persisting pregnancy rate

16. Another unusual aspect of the Zheng study is that subjects were given mifepristone to take at home in the evening, rather than in the clinic as is the current practice in the USA. It is well known that women are forced by family planning officials to have abortions in China (Li). Zheng himself stated in his study that China is attempting to bring its population under control and that the State Family Planning Commission recruited women in the study. There is no mention of informed consent in the article. All women with failed abortions ended up with a suction curettage after eight days. However, it is possible that among the women in the study, there were some who did not actually ingest the mifepristone because they were coerced into the abortion due to China's family planning policy.

17. We find that mifepristone is embryocidal in a wide range of doses by examining the 15 relevant studies. These studies describe the surviving pregnancies with terminology such as "ongoing pregnancies" (Yikkorkala, Maria, Cameron), [growing] "conceptus" (Sitruk-Ware), "normal, intact, intrauterine pregnancy" (Herrmann), "unaffected pregnancy" (Vervest), "uninterrupted pregnancy" (Haspels). In other studies, more ambiguous terminology is used: "continuing pregnancy" (Carol, Sommell, Kovacs), but these are counted as living pregnancies in the overall statistics. In another (Swahn 1989) ultrasound is used and some pregnancies are described as "uninterrupted," but fetal heart tones are not clearly described in the mifepristone-alone category at the end of the treatment period. At daily doses of 50-600 mg, the number of mifepristone survivors varies among the studies from 0-36%. A better appreciation of the results is obtained when the results are combined to compensate for variation among the small studies. When these results are aggregated, we find that the number of surviving embryos in all pregnancies treated is 97/807 (12.1%). A formal meta-analysis is in progress to further shed light on the number of survivors in the

mifepristone efficacy studies from the 1980's.  As stated previously, this number may actually include some missed abortions.

Four studies are especially relevant to Plaintiffs' current practice in that they were performed on women up to 70 days gestation and used daily dosages between 100-200 mg.  These are the Herrmann, Haspels, Vervest and Cameron studies. Together those studies showed that there was embryonic and fetal survival in 7 out of 108 cases, a failure rate of 6.5%.  See Exhibit 2 attached hereto.

The regimens used vary from a single dose to multiple doses over several days.  Both daily and total doses are relevant.  Excluding the 600 mg daily doses, at daily doses of 50-400 mg, the survivors are 40/314 (12.7%) and at daily doses 50-200 mg there are 34/274 (12.4 %) survivors.  Looking at total doses we find the following percentages of survivors: 600 mg 65/539 (12.1%); 200-400 mg 23/122 (18.9%); 200-300 mg 15/72 (20.8%); 200 mg 14/62 (22.6%)  Consideration of the aggregated results from both daily and total doses of 200 mg are especially applicable to Plaintiff's current practice. With a 200 mg daily dose and 12.4% survivors, the 95% confidence limits are 8.9%-17.0%; with the 200 mg total dose the number of survivors is 22.6%, with 95% confidence limits of 13.3-35.2%. These studies with 200 mg total doses include daily doses as small as 50 mg; one study did not clearly describe the number in the mifepristone category with fetal heart tones. Baulieu, the principal developer of mifepristone, found that the survival rate in the mifepristone only studies was 15%, at lower daily doses and for later average gestations.

It is my belief that the true current mifepristone survival lies in the 15 % range as Baulieu believed, between the 12.4% and 22.6% found in the aggregated results of the early mifepristone studies. Mifepristone is highly embryocidal, and those who developed the off-label low dose and home administration regimen would never have

-10-

accepted the possibility of a high number of surviving embryos. Even if the true mifepristone survival is in the upper ranges of these confidence intervals, there is a substantial gap between the observed results of the APR program such that a substantial numbers of lives are saved that otherwise would have been lost.

These studies with 200 mg total doses include daily doses as small as 50 mg. Consideration of the results from both daily and total doses of 200 mg and below would be most applicable to Plaintiff's current practice (12.4% and 22.6%, respectively). These yield an average of 17.5%, close to Baulieu's estimate of 15% of embryos survival at later gestations. (See Exhibit 3 attached hereto).

18. Dr. Schreiber states "It is difficult to estimate with accuracy the percentage of medication abortion patients within the full gestational range (through 70 days LMP) who would have ongoing pregnancies after taking mifepristone alone. There are several reasons for this: 1) there are very few studies showing the proportion of pregnancies in which mifepristone alone caused embryonic or fetal demise." (Schreiber Declaration ¶14) This is not true. There are 29 studies (of which 4 are duplicated) making a total of 25 studies.

Schreiber states, almost all of these studies focused on pregnancies earlier than 49 days LMP. (Schreiber Declaration ¶14) Actually, there are five studies of the 25, that focus on pregnancies later than 49 days (Elia, Herrmann, Haspels, Vervest, Cameron). In addition, Baulieu, the developer of mifepristone, who had access to large amounts of unpublished data from Rouseel-Uclaf Company, stated that the survival at 8-10 weeks (56-70 days) was 15%. He also stated that the survival rate of pregnancies 7 weeks (49 days) and under was 10%.

19.     Dr. Schreiber also claims that "Nearly all of these studies involved higher doses of mifepristone than those currently used by most clinicians." Schreiber ¶14)

20.     Contrary to Dr. Schreiber's statement, not "nearly all" studies use a larger daily dose.  Of the 25 studies, 17 use a daily dose of 200 mg or less (Sitruk-Ware, Herrmann, Haspels, Kovacs, Maria, Cameron, Couzinet, Vervest, Swahn, Birgerson – two studies, three studies- Shoupe, Spitz, Michell, Elia).  Five studies use a total dose of 200 mg or less (Maria, Birgerson, Swahn-two studies, Kovacs).  Additionally, some abortion providers use the FDA protocol of 600 mg  (one of my four APR patients had taken three mifepristone pills).

21.     The early researchers on mifepristone hailed the drug as a great advancement based on its ability to terminate a pregnancy.  As Danielle Hassoun, MD, an international educator on mifepristone medical abortion said[2]:

" We were thinking that it was a miracle: just a pill could cause an abortion. The idea was so new… In a certain way it felt like a dream."

Even if we imagine abortion laws becoming very restrictive, women would use medication abortion anyway because they don't need providers. I would say that abortion is now more under the control of women, and less under the control of providers and politicians"

A political advocacy organization, the Abortion Rights Mobilization (ARM), waged a fight for more than a decade to get mifepristone, or as it was known, RU-486, approved in the USA. It is manufactured in China rather than the USA, because of political opposition in the USA to its feticidal properties. The Abortion Rights

---

[2] Hassoun D, Medical abortion in France, in: Hobden J, ed., *Medical Abortion: Meeting Women's Needs*, London: United Kingdom Family Planning Association and Population Council, 2000

1   Mobilization (ARM) also played a major role in developing and funding the low dose,
2   home administration and up to 9 weeks/63 day protocols that Dr. Schreiber uses.
3   The ARM protocols, or as they are now termed "evidence-based" protocols were
4   developed to successfully terminate the lives of embryos, and these protocols would not
5   have succeeded in widespread acceptance among abortion providers without
6   accomplishing that purpose. *The current claims diminishing the role of mifepristone as*
7   *"the" abortion drug are disingenuous*.

8           THE USE OF PROGESTERONE TO PREVENT PREGNANCY LOSS

9           22.     APR (abortion pill reversal) works by offsetting the progesterone
10  blocking effect of mifepristone by administering progesterone to the woman; the
11  progesterone competes with the effect of mifepristone on the progesterone receptor.  It
12  is based on experiments early in the development of the drug that shows that abortion
13  reversibility is a viable concept.

14          23.     Mifepristone works by attaching itself to the progesterone receptor in the
15  uterine lining and ovary, causing the detachment of the pregnancy from the uterus, and
16  by a number of mechanisms decreasing progesterone levels that support the pregnancy.
17  It also causes contractions of the uterus that expel the pregnancy.  Baulieu, the principal
18  developer of mifepristone, believed that the action of mifepristone was reversible.  He
19  spoke of progesterone and mifepristone as the hormone and antihormone.
20  "Competition between the antihormone and the hormone for the binding site of the
21  receptor is the basic physical mechanism for explaining reversible antihormonal
22  mechanism of the antihormone." (Baulieu, 1985).

23          Early animal experiments in the development of abortion drugs utilized the
24  concept of blocking progesterone and its reversibility.  Csapo developed an effective
25  anti-progesterone abortion serum for rats.  He demonstrated that abortions would be

-13-

prevented if rats were given progesterone three hours after the abortifacient preparation, although not as late as six hours (Csapo, 1976, 1977). Yamabe demonstrated the reversibility of mifepristone abortion in rats. Two groups of pregnant rats were injected with mifepristone; one of these groups was also injected with progesterone. The rats were examined at 1-4 days after the injections. At 4 days, 66.7% of the rats in the mifepristone-only group had aborted. However, the pregnancies of 100% of the rats who were also given progesterone survived (Yamabe). These animal experiments give further credibility to the validity of the concept of progesterone reversal of mifepristone abortion in humans.

24.     Progesterone use to reverse the effects of mifepristone is similar to its therapeutic use in infertility and recurrent miscarriage. Its use is analogous to the use of progesterone to counteract drugs used in infertility treatments that block the effects of progesterone necessary to sustain pregnancy. Progesterone is a naturally occurring hormone that is necessary for the maintenance of early human pregnancy. Progesterone deficiency as a cause of miscarriage and infertility has been described and successfully treated with progesterone since the 1970s. [Jones, Ozlu].

25.     Every year, of the 3.9 million women who give birth, progesterone therapy in early pregnancy is used for hundreds of thousands of them. Progesterone is used in treating many of the 11% of women with impaired fertility.

26.     1.5% of women giving birth achieve pregnancy though IVF (In Vitro Fertilization); a substantial majority of these are treated with progesterone during the first trimester (SART, ASRM ). 15% of pregnancies end in miscarriage; 2% of women suffer from recurrent miscarriages, for which progesterone is recognized as an effective treatment (Daya, Wahabi).

27.     Progesterone is also used in cases of early pregnancy bleeding from partial separation of the placenta (Soldo).   Women with PCOS (polycystic ovarian syndrome), 5-21% of reproductive age women, often have impaired progesterone secretion in early pregnancy and also benefit from supplemental progesterone. (Joham, Doldi).

28.     There are different routes of progesterone administration in pregnancy, including oral capsules, vaginal suppositories, vaginal gel, and injections.   For IVF patients and women at high risk for pregnancy loss, intramuscular or subcutaneous injections are often used.   Progesterone is used almost universally in these patients to compensate for the progesterone-blocking effects of GnRH  analogs, another class of pharmaceuticals used in IVF protocols (ASRM). There is no consensus as to the optimal route and dosing of progesterone in early pregnancy (Di Renzo).   A common regimen is injections of 50-100 mg daily in the first trimester.   A variant of this is the Hilgers protocol, 100-200 mg every 3-4 days, and has been successfully used by thousands of women to prevent pregnancy loss for the past thirty years (Stanford, Tham, Hilgers (a) (b)). In the Hilgers protocol, typically the patient's serum progesterone levels are measured and the dosing adjusted to keep the levels above the 50th percentile for a healthy pregnancy, but within the levels produced during a normal pregnancy.

29.     Progesterone is a natural hormone produced by a reproductive age woman's body in the later part of the menstrual cycle, when the lining of the uterus is preparing for the fertilized egg, or embryo, to implant.   The name comes from the Latin – PRO-GESTARE – for "carrying" or gestation.   It is produced by the corpus luteum of the ovary in the later part of the menstrual cycle and until about nine weeks of pregnancy.

30. In the early weeks of pregnancy the placenta begins to produce progesterone. By about nine weeks the corpus luteum regresses and ovarian production of progesterone drops. At that time the placenta normally is producing sufficient progesterone to sustain pregnancy. The period between seven and nine weeks is called the luteo-placental shift as the production shifts away from the ovary.

31. Progesterone is essential for the survival of a pregnancy. Progesterone levels rise steeply during pregnancy. Attached as Exhibit 4 is a chart showing the normal progesterone levels in women during pregnancy.

32. Progesterone is a hormone made by the human body. There would be a high expectation that therapeutic use, particularly if it were within the ranges normally produced by a woman and fetus during pregnancy, would be safe. Progesterone is widely used by physicians treating infertility and pregnancy loss.

33. Synthetic steroids that have some characteristics similar to progesterone and are called "progestogens" or "progestins." Some of these synthetic hormones were believed to be associated with birth defects, typically masculinization of genitalia of a female fetus or hypospadias (a condition in which the opening of the urethra is on the underside of the penis) in a male.

34. Some of the older literature confuses the effects of these synthetic hormones with true progesterone, leading the FDA to require a warning label for progesterone in the past. However, in 1999 the FDA recognized that there was no basis for believing that progesterone presented a risk of birth defects and it thus removed the warning label for progesterone in 1999. This 1999 FDA review concluded that there is no increased risk of birth defects, including hypospadias, in pregnant women taking progesterone (ASRM). See Federal Register 64, 70 (April 13, 1999) Proposed Rules. FR Document 99-9146. See also "Progesterone supplementation during the luteal phase

1   and in early pregnancy in the treatment of infertility: an education bulletin"

2   http://www.sart.org/uploadedFiles/ASRM_Content/News_and_Publications/Practice_G

3   uidelines/Educational_Bulletins/Progesterone_supplementation(1).pdf

4       35.    The American Society for Reproductive Medicine (ASRM), the premier

5   professional group specialized in treating women with fertility and miscarriage, says in

6   their educational bulletin on progesterone supplementation:

7       "The weight of available evidence suggests that progesterone

8       supplementation in early pregnancy poses no significant risk to mother
        and fetus" and "Controlled studies have shown no increased incidence in

9       congenital anomalies, including genital abnormalities in male and female
        infants, resulting from maternal exposure to P (progesterone) during early

10      pregnancy."

11

12  A copy of this ASRM bulletin on progesterone is attached as Exhibit 5. In
    contrast to Dr. Schreiber's concerns, the FDA and the ASRM put concerns about

13  birth defects and progesterone to rest more than a decade ago.

14      36.    Dr. Schreiber's assertions about risk of birth defects from

15  progesterone appear to be based on these now outdated concerns as well as a

16  confusion of progesterone with synthetic progestins.

17      37.    Dr. Schreiber concedes in her declaration that progesterone is a

18  low risk medication. She asserts that progesterone use presents a risk for

19  cholestatic jaundice. Cholestatic jaundice can arise in the second or third

    trimester of pregnancy and be exacerbated by a woman's own high levels of
20
    progesterone or progesterone supplementation to prevent preterm birth.
21
    However, APR is performed early in pregnancy, immediately after a woman is
22  prescribed mifepristone. APR is not performed in late pregnancy, and thus these

23  supposed risks of progesterone use identified by Dr. Schreiber are inapplicable

24  to APR. Dr. Schreiber also cites progesterone as a cause of hypertension.

    However, a Cochrane review on the risks of progesterone in threatened
25
    miscarriage found no evidence that progesterone caused an increased incidence

of pregnancy induced hypertension (Wahabi).  Pregnancy induced hypertension is also typically a complication in later pregnancy, and thus irrelevant to APR. Progesterone, may cause depression in some individuals as cited by Dr. Schreiber, but in others progesterone has a beneficial effect on depression and anxiety, mediated through a major metabolite allopregnanolone (Melcangi, Hellgren).   With the administration of any medication, both the risks and benefits must be considered.  When weighing the potential life-saving effects of progesterone therapy after mifepristone on the embryo, which at that point is a wanted pregnancy for the woman, the possible minor side effects of progesterone are insignificant in comparison.

38.     Likewise, it is established that mifepristone does not cause birth defects. In babies born of women who have taken mifepristone in early pregnancy, a higher percentage of birth defects are not seen when compared to typical number of birth defects seen in the general population [Bernard].  Babies surviving mifepristone have been exposed to high levels of progesterone produced by the placenta in pregnancy. There is no evidence that the combination of mifepristone in combination with progesterone naturally produced in a pregnancy or given therapeutically causes birth defects.

39.     I have treated thousands of women with progesterone for over more than thirty-five years in order to help them become pregnant or sustain their pregnancy.  I have never had a patient whose child had birth defects attributable to progesterone treatments.   Attached as Exhibit 6 is a photograph of my most recent APR patient and her child.

40.     Attached as Exhibit 7 are additional references used in preparation of this Declaration.

41.     In summary, I have been privileged to participate in the APR program with Dr. Delgado.  It is a safe and effective therapy that is similar to other hormonal

1  treatments to prevent pregnancy loss, in particular those treatments given to fertility
2  patients who have received other hormone blockers.  It not only saves the lives of the
3  unborn, but also is of immense help to vulnerable young women who have made hasty
4  and imprudent abortion decisions under conditions of pressure, coercion, ambivalence,
5  and poor or no counseling.  Although some pregnancies survive mifepristone, the gap
6  between the survival rate in the APR program and the survival rate of embryos seen in
7  the early mifepristone research is much too large to attribute to chance alone.  The
8  claim that mifepristone alone does not cause the death of the substantial majority of
9  embryos in the U.S. abortion clinics is ludicrous in view of the fact that the drug was
10 designed and is provided for the very purpose of destroying these embryos.  The
11 women in our program are immensely grateful for the opportunity to undo a misguided,
12 wrong, life-altering decision.

13      42.    The proponents of APR recommend this therapy to individual physicians
14 for emergency off-label use for life saving therapeutic reasons as is consistent with the
15 FDA guidelines on off-label use.

16      I declare under penalty of perjury the information provided is true and correct to
17 the best of knowledge.

18      DATED this ____3____ day of July, 2015.

19

20                          Mary L. Davenport, M.D.

21

22

23

24

25

19

# EXHIBIT 1
# Declaration of Mary L. Davenport, M.D.

## STUDIES REVIEWED

Birgerson L, Viveca Odlind, and Elof Johansson Clinical Effects of RU 486 Administered for Seven Days in Early Pregnancy In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 211-220 New York, Plenum, 1985

Birgerson L, Odlind V. The antiprogestational agent RU 486 as an abortifacient in early human pregnancy: a comparison of three dose regimens. Contraception 1988;38:391-400.

Birgerson L, Odlind V. Early pregnancy termination with antiprogestins: a comparative clinical study of RU 486 given in two dose regimens and Epostane. Fertil Steril. 1987 Oct;48(4):565-70.

Cameron IT, Michie AF, Baird DT. Therapeutic abortion in early pregnancy with antiprogestogen RU486 alone or in combination with prostaglandin analogue (gemeprost).Contraception 1986;34:459-68.Cameron IT, Baird DT. Early pregnancy termination: a comparison between vacuum aspiration and medical abortion using prostaglandin (16,16 dimethyl-trans-delta 2-PGE1 methyl ester) or the antiprogestogen RU 486. Br J Obstet Gynaecol. 1988 Mar;95(3):271-6.

Carol W, Klinger G. [Experiences with the antigestagen mifepristone (RU 486) in the interruption of early pregnancy]. Zentralbl Gynakol 1989;111:1325-8.

Couzinet B, Le Strat N, Ulmann A, Baulieu EE, Schaison G. Termination of early pregnancy by the progesterone antagonist RU 486 (Mifepristone). N Engl J Med. 1986 Dec 18;315(25):1565-70.

Dubois, C[1], Silvestre L, Ulmann A[Use of mifepristone in the termination of early pregnancy. The experience in France]. Presse Med. 1989 Apr 15;18(15):757-60

Elia D  Clinical Study of RU 486 in Early Pregnancy  In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 211-220 New York, Plenum, 1985

Grimes DA, Mishell DR Jr, Shoupe D, Lacarra M. Early abortion with a single dose of the antiprogestin RU-486. Am J Obstet Gynecol 1988;158:1307-12.

Haspels AA Interruption of Early Pregnancy by the Antiprogestational Compound RU 486 In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 199-210,New York, Plenum, 1985

Haspels AA. Interruption of early pregnancy by an anti-progestational compound, RU 486. Eur J Obstet Gynecol Reprod Biol. 1985 Sep;20(3):169-75.

Herrmann WL, Schindler AM, Wyss R, et al: Effects of the antiprogesterone RU 486 in early pregnancy and during the menstrual cycle. In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 179-198 New York, Plenum, 1985

Herrmann W, Wyss R, Riondel A, Philibert D, Teutsch G, Sakiz E, Baulieu EE. [The effects of an antiprogesterone steroid in women: interruption of the menstrual cycle and of early pregnancy]. Comptes Rendus Seances Acad Sci III. 1982 May 17;294(18):933-8. French.

Kovacs L, Sas M, Resch BA, Ugocsai G, Swahn ML, Bygdeman M, Rowe PJ. Termination of very early pregnancy by RU 486--an antiprogestational compound. Contraception 1984;29:399-410

Maria B, Chaneac M, Stampf F, Ulmann A. [Early pregnancy interruption using an

antiprogesterone steroid: Mifepristone (RU 486)]. J Gynecol Obstet Biol Reprod (Paris) 1988;17:1089-94.

Maria B, Stampf F, Goepp A, Ulmann A. Termination of early pregnancy by a single dose of mifepristone (RU 486), a progesterone antagonist. Eur J Obstet Gynecol Reprod Biol 1988;28:249- 55.

Mishell DR Jr, Shoupe D, Brenner PF, Lacarra M, Horenstein J, Lahteenmaki P, Spitz IM. Termination of early gestation with the anti-progestin steroid RU 486: medium versus low dose
Contraception. 1987 Apr;35(4):307-21.
Shoupe D, Mishell DR Jr, Brenner PF, Spitz IM. Pregnancy termination with a high and medium dosage regimen of RU 486. Contraception. 1986 May;33(5):455-61.

Sitruk-Ware, R.  L. Billaud, I. Mowszowica, H. Yaneva, P. Mauvais-Jarvais, C. W. Bardin, and I. M. SpitzThe Use of RU 486 as an Abortifacient in Early Pregnancy. In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 243-248 New York, Plenum, 1985

Somell C, Olund A. Induction of abortion in early pregnancy with mifepristone. Gynecol Obstet Invest 1990;29:13-5.

Somell C, Olund A. Induction of abortion in early pregnancy with mifepristone. Gynecol Obstet Invest 1990; 30(4):224-7.

Spitz IM, Shoupe D, Sitruk-Ware R, Mishell DR Jr. Response to the antiprogestagen RU 486 (mifepristone) during early pregnancy and the menstrual cycle in women. J Reprod Fertil Suppl. 1989;37:253-60. Review.

Swahn ML. S. Cekan, G. Wang, V. Lundstom, and M. Bygdeman. In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 249-258. New York, Plenum, 1985.

Swahn ML, Ugocsai G, Bygdeman M, Kovacs L, Belsey EM, Van Look PF. Effect of oral prostaglandin E2 on uterine contractility and outcome of treatment in women receiving RU 486 (mifepristone) for termination of early pregnancy. Hum Reprod 1989;4:21-8.

Vervest HAM, Haspels AA, Preliminary results with antiprogesterone RU-486 .(mifepristone) for interruption of early pregnancy. FertilSteril. 1985;44: 627-32.

Ylikorkala O, Alfthan H, Kääriäinen M, Rapeli T, Lähteenmäki P. Outpatient therapeutic abortion with mifepristone. Obstet Gynecol 1989;74:653-7.

Zheng SR. RU 486 (mifepristone): clinical trials in China. Acta Obstet Gynecol Scand Suppl 1989;149:19-23.

# EXHIBIT 2
## Declaration of Mary L. Davenport, M.D.

1

| TABLE OF EARLY MIFEPRISTONE STUDIES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Study | Mifepristone Dose | N | Gesta-tional age limit | Follow up visit (days after mifepristone) | Complete abortions | Missed and incomplete abortion | Surviving pregnancies and description |
| | | | | | | | |
| Ultrasound used at end of treatment period for failures. | | | | | | | |
| Ylikorkala Obstet and Gyn 1989 | 600 mg single dose | 50 | 45 days | 14 days | 36 72% | 4  18% Missed abortion | 5/50  10% FHTs seen |
| Maria 1988 J Gyneol Obstet Biol Reprod (Paris) 1988 | 600 mg single dose See 200 mg arm below | 174 175minus one ectopic | 49 days | 7 days | 14 84.5% | 4  2.3% Missed ab 3  1.7% Incomplete ab | 20/174 11.5% "Ongoing pregnancy" |
| Maria BF, Goepp A, Stampf Eur J Obstet 1988 | 600 mg single dose | 149 (150 to start; 1 ectopic excluded) | 42 days | 8 days | 131 88% | 2  1.3% Missed abs 2 1.3% Incomplete abs | 14/149 9.4% "Developing pregnancy" |
| Carol 1989 | 600 mg single dose | 50 | 43 days | 14 days | 40 80% | 4 8% incomplete | 6/50 12% "Continued existence of pregnancy" |

2

| | | | | | | | "Weiterbestehens der Schwangerschaft" DOES NOT NOTE MISSED ABS |
|---|---|---|---|---|---|---|---|
| Somell Olund Gynecol Invest 1990 V 29 and V30 subgroup | 600 mg single dose | 70 | 42 days | 14 days | 56 80% | 2 3% Incomplete abortions | 12/70 17% "Continuing" pregnancies FHTs not described DOES NOT NOTE MISSED ABS |
| Couzinet 1986 NEJM | 400 mg x 2 days

See low dose in arms below | 40 | 42 days | 13 days | 34 85% | | 6/40 15% Called complete or incomplete. Ultrasound done to confirm empty uterus; "Didn't respond to mifepristone" Does not distinguish between incomplete or missed abortions or living pregnancies |
| Sitruk-Ware In Baulieu 1985 | Declining scale 200 2x day 1 150 2x day 2 100 2x day 3 50 2x day 4 | 10 | 49 days | 14 days | 6 60% | 3 30% Missed abortions | 1/10     10% "Conceptus grew" |
| Maria 1988 J Gyneol Obstet Biol Reprod (Paris) 1988 | 200 mg single dose | 30 | 49 days | 7 days | 19 63% | 4 13% Missed abortions | 7/30     23% "Ongoing pregnancy" |
| Herrmann | 50 mg 4x daily | 11 | 56 days | 8 days | 9 | | 2/11 |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Baulieu 1985 and CR Seances 1983 | or 100 2x daily for4 days | | | | 82% | | 18% "normal intact intrauterine pregnancies" |
| Haspels In Baulieu 1985 and Eur J 1985 | 100 mg 2x daily x 4 days or 200 mg daily x 4 days | 24 9 | 55 days 56-70 days | 14 days | 19 79% 3 33% | 5 21% 6 67% | "Uninterrupted pregnancy" 0 0 |
| Vervest Fertil Steril 1985 | 100 -200mg daily x 5 days 200 mg daily x 5 days | 35 9 | 55 days 56-70 days | 14 days | 29 83% 3  33% | 6  17% Incomplete or missed abortions 6  67% Pregnancies categorized as complete, incomplete or "unaffected" | 0 No "unaffected" pregnancies 0 "unaffected" Categorized as complete, incomplete, unaffected. |
| Kovacs Contraception 1984 Beaulieu 1985 | 100 mg twice daily for 4 days See other arms with 25 and 50 mg twice daily | 8 | 42 days | 14 days | 5 62.5% | 3 37.5% Incomplete | 0 |

4

| Cameron 1986 Contraception 1988 BJOG | 150 mg/day x 4 days (compared to prostaglandin, with vacuum in 2nd study) | 20 | 56 days | 14 days | 12 60% | 3 15% Missed ab | 5/20 had FHTs 25% living |
|---|---|---|---|---|---|---|---|
| Couzinet 1986 NEJM | 50 mg 3x daily x 4 days See higher dose arms | 26 | 42 days | 13 days | 23 88% | | 3/26 12% Ultrasound done for failures but FHTs not described |
| Couzinet 1986 NEJM | 50 mg 2 x daily x 4 days See higher dose arms | 34 | 42 days | 13 days | 28 82% | | 6/34 18% FHTs not described |
| Kovacs Contraception 1984 Baulieu 1985 | 50 mg twice daily for 4 days (see 100 mg twice daily arm above) | 10 | 42 days | 13 days | 5 50% | 4 40% incomplete | 1/10 10% "Continued pregnancy" |
| Swahn Baulieu 1985 | 25 mg 4x daily for 4 days | 6 | 49 days | 14 day | 5 83% | | 1/6 17% "Uninterrupted pregnancy" |

5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Swahn Baulieu 1985 | 25 mg 2 x daily for 4-6 days | 10 (11 minus one ectopic) | 49 days | 14 days | 8   80% | 1 10% incomplete | 1/10  10% "Uninterrupted pregnancy" May not distinguish missed abs from living pregnancies |
| Kovacs Contraception 1984 Baulieu 1985 | 25 mg twice daily for 4 days (see 50 and 100 mg twice daily arms above) | 18 (19 minus one ectopic) | 42 days | 14 days | 12   67% | 4   22% incomplete | 2/18  11% "Continued pregnancy" (100 mg arm had no continued pregnancy) |
| Swahn Hum rep 1989 | 25 mg twice daily for 4 days | 14 | 49 days | 14 days | 8   57% | 1   7% incomplete | 5/14  36% "Uninterrupted pregnancy" Fetal heart tones not enumerated by group; "Intact amniotic sac" described. May not distinguish missed abs from living pregnancies |
| | | | | | | | |

6

| No ultrasound used for mifepristone failures | | | | | | | |
|---|---|---|---|---|---|---|---|
| Grimes<br>1988 | 600 mg single<br>dose | 50 | 49 days | 15 days | 44<br>88% | 5 10%<br>"failures"<br>1 2%<br>incomplete ab | No US<br>Diary of bleeding |
| Zheng<br>Acta Obstet<br>Gynecol Scand<br>1989 | 600 mg single<br>dose | 131<br><br>72 | 35<br><br>36-42 | 8 days | 94<br>71.8%<br><br>39<br>53.4% | 33   25.2%<br>Persisting<br>3 4.1% %<br>Incomplete<br><br>31   42.5%<br>Persisting<br>1  1.1% inc | No ultrasound for<br>"persisting pregnancy"<br>Criteria for persisting<br>pregnancy:<br>Uterus grew slightly,<br>slow rise in HCG.<br>No info on FHTs<br><br>Used urinary<br>pregnancy test a<br>criterion for failures |
| | | 19 63.2%<br>40 55.0%<br>36 44.4% | 35<br>36-42<br>43-49 | | 12 63.2%<br>22 55.0%<br>16 44.4% | 7  36.8%<br>persist<br>18 45.0%<br>persist<br>19 52.8%<br>persist<br>1 1.1% inc | |
| Dubois<br>Presse Med<br>1989 | 600 mg single<br>dose | 1841 | 42 days | 8-12 days | 80% | | No report of<br>Ultrasound or raw<br>numbers |
| Elia in Baulieu<br>1985 | 200 mg x 4 days | 18 | 63 days | 6 days | 7   39% | 9    50%<br>Pregnancy not<br>terminated<br>2  11%<br>incomplete | No Ultrasound at end<br>of treatment |

7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Shoupe, Mishell et al High dose 1986 | 200 mg bid x 4 days or 100 mg bid x 4 days<br><br>50 mg bid x 7 days | 60<br>10<br><br><br>47<br>(3 of 50 dropped ) | 49 days | 14 days | | 1 10%<br><br><br>34<br>72% | No us described at end of trial Several failures hemorrhaged | No Ultrasound |
| Spitz 1989 in J Reprod Fert Review | 100 mg for 7 days Roussel Uclaf<br><br>600 mg single dose | 125<br><br><br>960 | 49 days<br><br><br>42 days | NA<br><br><br>NA | | 76%<br><br><br>79.5% | | No ultrasound described; no other data provided |
| Birgerson in Baulieu 1985 | 50 mg 2x x 7 days | 28 | 49 days | 14 days | | 20<br>71% | 4  18% HCGs rose 1 4% HCGs flat 8 11% incomplete | No US |
| Birgerson and Odlind 1987 Fert Ster | 25-50 mg 2x daily 7 days | 52 | 49 days | 7 days | | 32<br><br>61% | 16   31%<br><br>4  8% incomplete | No mention of surviving embryos<br><br>No ultrasound |

8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mishell, Shoupe et al 1987 | 50 mg 2x daily for 7 days<br><br>25 mg 2x daily or 50 mg daily for 7 days | 66<br><br>30 | 49 days | 14 days | 48 73%<br><br>15 50% | 18  27% failed<br><br>15 50% failed | NO ULTRASOUND Criteria persistent HCG levels |
| Birgerson and Odlind 1988 Contraception | 10 mg bid 7days<br>25 mg  2x daily 7 days<br><br>50 mg 2x daily 7 days | 148 (5 dropped out) | 49 days | 8-10 days | 102 69% | 37 25% persisting – HCG criteria 9  6% incomplete | No mention of surviving embryos<br><br>No Ultrasound |
| | | | | | | | |

# EXHIBIT 3
# Declaration of Mary L. Davenport, M.D.

| MIFEPRISTONE SURVIVORS BY DAILY DOSE AND TOTAL DOSE | | | | |
|---|---|---|---|---|
| STUDY | DAILY DOSE | TOTAL DOSE | TOTAL SUBJECTS | SUVIVORS |
| Yikorkala | 600 | 600 | 50 | 5 |
| Maria J Gyn | 600 | 600 | 174 | 20 |
| Maria Eur J | 600 | 600 | 149 | 14 |
| Carol | 600 | 600 | 50 | 6 |
| Somell | 600 | 600 | 70 | 12 |
| Couzinet | 400 | 800 | 40 | 6 |
| Sitruk-Ware | 200 | 1000 | 10 | 1 |
| Herrmann | 200 | 800 | 11 | 2 |
| Haspels | 200 | 800 | 33 | 0 |
| Kovacs | 200 | 800 | 8 | 0 |
| Maria J Gyn | 200 | 200 | 30 | 7 |
| Cameron | 150 | 600 | 20 | 5 |
| Couzinet | 150 | 600 | 26 | 3 |
| Vervest | 100-200 | 800-1000 | 44 | 0 |
| Couzinet | 100 | 400 | 34 | 6 |
| Kovacs | 100 | 400 | 10 | 1 |
| Swahn Bau | 100 | 400 | 6 | 1 |
| Swahn Bau | 50 | 200-300 | 10 | 1 |
| Kovacs | 50 | 200 | 18 | 2 |
| Swahn Hum Rep | 50 | 200 | 14 | 5 |
| TOTAL | | | 807 | 97 |

| DAILY DOSE | SURVIVORS | PERCENT |
|---|---|---|
| 50-600 mg | 97/807 | 12.1 |
| 100-600 mg | 89/765 | 11.6 |
| 50-400 mg | 40/314 | 12.7 |
| 50-200 mg | 34/274 | 12.4 |

| TOTAL DOSE | SURVIVORS | PERCENT |
|---|---|---|
| 200 | 14/62 | 22.6 |
| 200-300 | 15/72 | 20.8 |
| 200-400 | 23/122 | 18.9 |
| 600 | 65/539 | 12.1 |
| 800-1000 | 9/146 | 6.1 |
| 200-1000 | 97/807 | 12.1 |

# EXHIBIT 4
## Declaration of Mary L. Davenport, M.D.



# EXHIBIT 5
# Declaration of Mary L. Davenport, M.D.

New information regarding
Ondansetron use in Pregnancy

For access, CLICK HERE, or go to
www.ajog.org and select Collections
Brought to you by Duchesnay



# Fertility
# and Sterility.

RSS Feeds  Mobile

Login | Register | Subscribe

| Articles & Issues | Collections | For Authors | For Patients | Journal Info | Subscribe | ASRM | Asian Edition | More Periodicals |

| All Content ▼ | Search | Advanced Search |

< Previous Article    **November 2008**Volume 90, Issue 5, Supplement, Pages S150–S153    Next Article >

## Progesterone supplementation during the luteal phase and in early pregnancy in the treatment of infertility: an educational bulletin

The Practice Committee of the American Society for Reproductive Medicine in collaboration with the Society for Reproductive Endocrinology and Infertility
American Society for Reproductive Medicine, Birmingham, Alabama

Received: February 4, 2008; Accepted: February 4, 2008;

DOI: http://dx.doi.org/10.1016/j.fertnstert.2008.08.064

⊞ Article Info

Abstract    Full Text    References

Access this article on
ScienceDirect

### Article Tools

PDF (82 KB)

Email Article

Add to My Reading List

Export Citation

Create Citation Alert

Cited by in Scopus (15)

Request Permissions

Order Reprints
(100 minimum order)

### Related Articles

Progesterone elevation on
the day of human chorionic
gonadotropin administration
is not the only factor
determining outcomes of
in vitro fertilization
Fertility and Sterility, Vol. 103,
Issue 1

Progesterone
Supplementation for Luteal
Support in Infertility
Treatments: Examining the
Prevalence of Use in
Infertility and General
OB/GYN Clinics
Fertility and Sterility, Vol. 103,
Issue 2

Progesterone-dependent
regulation of endometrial
cannabinoid receptor type 1
(CB1-R) expression is
disrupted in women with
endometriosis and in
isolated stromal cells
exposed to
2,3,7,8-tetrachlorodibenzo-
p-dioxin (TCDD)
Fertility and Sterility, Vol. 98, Issue
4

Comparing routes of
progesterone (P) for luteal
support in donor-oocyte
recipients (DER) following
fresh embryo transfer (ET)

## Article Outline

  I. Nomenclature
 II. The importance of progesterone in early pregnancy
III. Measures of luteal function
 IV. Effect of gonadotropin-releasing hormone analogs on luteal function
  V. Methods of luteal support
 VI. Risks of progesterone supplementation
VII. Summary and recommendations

Exogenous progesterone supplementation is a common element of treatment regimens for infertility, particularly those relating to the assisted reproductive technologies.

The modulating effects of progesterone (P) on endometrial structure and function are essential to the success of human reproduction. After ovulation, P produced by the corpus luteum (CL) induces "secretory" maturation of the endometrium, involving a cascade of molecular events that ultimately renders the endometrium receptive to implantation of the embryo. After nidation, continued P stimulation, driven by rapidly increasing concentrations of hCG, decidualizes the endometrial stroma and supports early embryonic development.

Considering the important role that P plays in human reproduction, it is not surprising that exogenous supplemental P is a common element of treatment regimens in infertility, particularly those relating to the assisted reproductive technologies (ART). This document will review the effects of various treatments on endogenous P secretion and the rationale for supplementation, the available forms and routes of administration of exogenous P, and the benefits and the risks of exogenous P supplementation during early pregnancy.

## Nomenclature

Jump to Section ▼

Progestogens are a class of steroidal compounds having P-like actions that includes natural P and various synthetic progestins derived from P itself (containing 21 carbons; C-21), T (C-19), or aldosterone (C-18) precursors.

Jump to Section ▼

## The importance of progesterone in early pregnancy

A classic series of studies conducted more than three decades ago demonstrated that P secretion by the CL is absolutely required for the success of early human pregnancy. Surgical excision of the CL ("luteectomy") before 7 weeks' gestation (using traditional methods for dating pregnancy from onset of last menstrual period) uniformly precipitated an abrupt decrease in serum P concentrations followed by miscarriage (1). When luteectomy was performed more than 27 days after the missed menstrual period (8 weeks' gestation or later), P levels decreased only slightly and transiently, and pregnancy continued (1). Finally, exogenous P replacement after early luteectomy (before 7 weeks' gestation) prevented otherwise inevitable miscarriage. These and other related studies demonstrated clearly that the success of early pregnancy depends on P that derives primarily from the CL before 7 weeks' gestation, almost entirely from the trophoblast after 9 weeks' gestation, and from both sources to varying extent during the time between, known as the luteal–placental shift (2).

## Measures of luteal function

Jump to Section ⌄

There are no reliable methods for diagnosis of P deficiency during the luteal phase or early pregnancy. Serum P concentrations range widely during the mid and late luteal phases because P secretion by the CL is pulsatile. Levels as low as 2.3 and as high as 40.1 ng/mL have been observed within the relatively short interval of time spanning a single secretory pulse (60–90 minutes) (3). Consequently, single and even serial serum P measurements have limited clinical utility and may not provide a truly accurate gauge of the quality of luteal function. Progesterone levels in early pregnancy also range widely, particularly when conception follows treatment with ovulation-inducing drugs. Histologic endometrial dating was widely accepted for decades as the gold standard among methods for assessing the quality of luteal function (4), but more recently has been proven invalid (5, 6). Progesterone supplementation necessarily is empiric and has been applied liberally in clinical circumstances wherein the amount or duration of P production is reasonably suspect.

## Effect of gonadotropin-releasing hormone analogs on luteal function

Jump to Section ⌄

Gonadotropin-releasing hormone analogs, both agonists and antagonists, are used widely to synchronize early follicular development and to prevent premature luteinization and ovulation during controlled ovarian hyperstimulation (COH) with exogenous gonadotropins for superovulation or IVF. However, their mechanisms of action also threaten the quality of luteal function that follows ovulation or oocyte retrieval.

Long-acting GnRH agonists (e.g., leuprolide, nafarelin, goserelin) have a two-phased action on pituitary gonadotropin secretion. Initially, agonists stimulate gonadotropin release directly, but continued stimulation ultimately down-regulates pituitary GnRH receptors and thereby suppresses gonadotropin secretion. Once down-regulated, pituitary function is slow to recover and does not return to normal until 2–3 weeks after agonist treatment ends (7). Because normal CL function depends on pituitary LH stimulation, some form of luteal phase support is considered prudent, if not essential, to prevent any P deficiency that might jeopardize the success of implantation or early pregnancy (7, 8).

The GnRH antagonists block pituitary GnRH receptors directly. Consequently, their onset of action is immediate and their effects more profound than those of long-acting agonists. Like the GnRH agonists, antagonists often are used to prevent a premature LH surge during stimulation with exogenous gonadotropins for ovulation induction, superovulation, or IVF. Whereas treatment with long-acting agonists typically begins during the luteal phase of the cycle preceding stimulation, antagonists are administered for a shorter interval of days, usually beginning when the lead follicle reaches 13–14 mm in mean diameter. Although the corresponding duration of pituitary suppression is shorter than after treatment with an agonist, GnRH antagonist treatment also predisposes to poor luteal function, regardless of whether recombinant LH, hCG, or a GnRH agonist is used to trigger ovulation (9, 10).

Overall, the weight of available evidence supports using some form of luteal phase support when treatment has included any GnRH analog, agonist or antagonist. A 2002 meta-analysis of randomized controlled trials of IVF cycles using GnRH agonists observed that all luteal phase support regimens (IM or vaginally administered P and hCG) yield significantly higher pregnancy rates (PR), compared with placebo or no treatment (11). A 2004 Cochrane systematic review of 59 studies concluded that in IVF cycles involving down-regulation with a long-acting GnRH agonist, P supplementation (administered vaginally or by IM injections) achieved higher ongoing PRs per embryo transfer compared with placebo or no treatment (odds ratio [OR] 2.38, 95% confidence interval [CI] 1.32–4.29) (12).

## Methods of luteal support

Jump to Section ⌄

Progesterone can be administered orally, vaginally, or by IM injections. Oral P supplementation is the least common method because two randomized controlled trials observed significantly lower implantation rates and PRs, higher miscarriage rates, or both, in women receiving oral micronized P supplementation, compared with women receiving IM or vaginally administered P (13, 14). Intramuscular P in oil (50 mg/day) generates circulating P concentrations at or above the physiological range. Vaginally administered P yields lower serum levels, but nonetheless achieves endometrial tissue concentrations up to 30-fold greater than those achieved with IM P (15).

Progesterone can be administered vaginally in an 8% gel, compounded suppositories, or in tablets containing micronized P. The effects of treatment with vaginal suppositories or tablets in doses ranging between 200 and 600 mg/day appear comparable to those achieved by administration of a gel containing 90 mg of P, but investigations aimed at comparing the efficacy of the differing forms of vaginally administered P have been limited by relatively small study cohorts.

Fertility and Sterility, Vol. 102, Issue 3

Three day progesterone area under the curve: a better test than progesterone on the day of hCG?
Fertility and Sterility, Vol. 102, Issue 3

View All

ADVERTISEMENT

New information regarding Ondansetron use in Pregnancy

For access, CLICK HERE, or go to www.ajog.org and select Collections



The relative effectiveness of the vaginal and IM routes of P supplementation has been controversial. A clinical trial involving 250 women in a first IVF cycle, randomized to receive IM P (50 mg/day) or vaginal micronized P supplementation (200 mg/day), observed higher PRs in the group treated with IM P (16). A second open label randomized trial involving 201 women yielded similar results; the age-adjusted odds ratios for clinical PR, implantation rates, and live birth rates all favored the group that received IM P supplementation over the one receiving treatment with a vaginally administered P gel (17). In contrast, another study of IVF outcomes in a group of 262 women supplemented with $E_2$ valerate in combination with either IM P (50 mg/day) or vaginal micronized P (600 mg/day) observed no differences in clinical PRs between the groups (18). In addition, first trimester miscarriage rates were significantly lower in women receiving vaginal P supplementation, although their plasma concentrations also were lower than in those treated with IM P. The Cochrane systematic review of clinical trials examining outcomes in IVF cycles involving treatment with a long-acting GnRH agonist concluded that [1] clinical PRs per embryo transfer in women receiving vaginal or IM P supplementation were not significantly different (OR 0.82, CI 0.67 –1.01), and [2] the optimal route of P administration has not been established (12).

The necessary or optimal duration of supplemental P therapy also has not been established firmly. Evidence derived from the classic luteectomy studies described previously indicates that P supplementation is most important during the first 5 weeks after conception (7 weeks' gestation) and almost certainly unnecessary beyond 7 weeks after conception (9 weeks' gestation) (1, 2).

Luteal support is most commonly provided by treatment with supplemental P but also can be achieved effectively by administration of exogenous hCG. In IVF cycles involving treatment with a long-acting GnRH agonist, hCG stimulation of luteal function and P supplementation have similar effectiveness. In an analysis of combined data from six clinical trials involving a total of 1,038 women, the ongoing PR per embryo transfer in cycles supplemented directly with P was not significantly different from that in cycles supplemented with hCG (OR 0.94, 95% CI 0.70–1.27) (12). However, the risk for ovarian hyperstimulation syndrome (OHSS) was significantly lower for women receiving P supplementation than for those treated with hCG (OR 0.46, 95% CI 0.26–0.81) (12).

## Risks of progesterone supplementation

 Jump to Section

The weight of available evidence indicates that the most common forms of P supplementation during early pregnancy pose no significant risk to mother or fetus. One retrospective case control study has observed an association between maternal exposure to exogenous progestogens during early pregnancy and an increased risk for hypospadias in their infants (OR 2.2, 95% CI 1.0–5.0) (19). However, for 30 of the 42 cases described in the report, the type and duration of progestogen treatment was not known or specified. Because certain progestogens possess weak androgenic and antiandrogenic properties, it is quite possible that the observed association between early maternal progestogen exposure and the risk of hypospadias may be attributed largely, if not entirely, to use of progestins that bind to the androgen receptor. There is no direct evidence to indicate that supplementation with P itself during early pregnancy poses any significant risk of hypospadias or other types of birth defects. The increased risk for hypospadias observed in infants conceived by intracytoplasmic sperm injection (ICSI) most likely can be attributed to genetic factors related to paternal subfertility (20).

In 1999, the US Food and Drug Administration (FDA) conducted a thorough review of the relevant published scientific data, which yielded the following key findings:

- Controlled studies show no increase in congenital anomalies, including genital abnormalities in male or female infants, resulting from maternal exposure to P or 17α-hydroxyprogesterone (17-OHP) during early pregnancy.
- Analysis of the published literature relating to maternal progestogen exposure during pregnancy and virilization of the genitalia in female infants indicates that most reported cases involved high doses of progestins derived from androgens, particularly ethisterone and norethindrone.
- Most reported cases of masculinized female infants are associated with maternal exposure to methyltestosterone, methandriol, and danazol.

The FDA concluded that class labeling for all progestogens warning of an increased risk of birth defects was inappropriate because it would apply without regard to the indication for which the drug is prescribed. The FDA also noted that use of P for luteal phase support in IVF cycles had become routine and that the agency had itself recently approved a P gel for use in infertile women under treatment with ART (21).

## Summary and recommendations

Jump to Section

- Currently, there is no reliable method for specific diagnosis of P deficiency during the luteal phase of the menstrual cycle or early pregnancy.
- During ovarian stimulation with exogenous gonadotropins, use of a long-acting GnRH agonist or a GnRH antagonist to prevent a premature LH surge frequently results in poor luteal function due to residual suppression of pituitary LH secretion.
- In IVF cycles involving down-regulation with a long-acting GnRH agonist, P supplementation (50 mg/day administered IM or 200–600 mg/day administered vaginally) yields significantly higher PRs, compared with treatment with placebo or no treatment.
- Luteal phase supplementation with hCG is associated with greater risk for OHSS compared with supplementation with P.
- Although maternal exposure to exogenous progestogens during early pregnancy has been associated with an increased risk of hypospadias in their infants, the risk appears to be limited to treatment with progestins that bind to the androgen receptor.
- There is no evidence to indicate that maternal exposure to P or 17-OHP during pregnancy increases risk for birth defects.

## Acknowledgments

Jump to Section ⌄

This report was developed under the direction of the Practice Committee of the American Society for Reproductive Medicine as a service to its members and other practicing clinicians. Although this document reflects appropriate management of a problem encountered in the practice of reproductive medicine, it is not intended to be the only approved standard of practice or to dictate an exclusive course of treatment. Other plans of management may be appropriate, taking into account the needs of the individual patient, available resources, and institutional or clinical practice limitations. The Practice Committee of the American Society for Reproductive Medicine and the Board of Directors of the American Society for Reproductive Medicine have approved this report.

## References

Jump to Section ⌄

1. Csapo, A.I., Pulkkinen, M.O., Rutiner, B., Sauvage, J.P., and Wiest, W.G. The significance of the human corpus luteum in pregnancy maintenance. I. Preliminary studies. Am J Obstet Gynecol. 1972; 1128: 1061–1067
View in Article

2. Csapo, A.I., Pulkkinen, M.O., and Wiest, W.G. Effects of luteectomy and progesterone replacement therapy in early pregnant patients. Am J Obstet Gynecol. 1973; 115: 759–765
View in Article | PubMed

3. Filicori, M., Butler, J.P., and Crowley, W.F. Jr. Neuroendocrine regulation of the corpus luteum in the human. Evidence for pulsatile progesterone secretion. J Clin Invest. 1984; 73: 1638–1647
View in Article | CrossRef | PubMed

4. Noyes, R.W., Hertig, A.T., and Rock, J. Dating the endometrial biopsy. Fertil Steril. 1950; 1: 3–25
View in Article

5. Murray, M.J., Meyer, W.R., Zaino, R.J., Lessey, B.A., Novotny, D.B., Ireland, K. et al. A critical analysis of the accuracy, reproducibility, and clinical utility of histologic endometrial dating in fertile women. Fertil Steril. 2004; 81: 1333–1343
View in Article | PubMed | Scopus (124)

6. Coutifaris, C., Myers, E.R., Guzick, D.S., Diamond, M.P., and Carson, S.A. NICHD National Cooperative Reproductive Medicine Network, et al. Histological dating of timed endometrial biopsy tissue is not related to fertility status. Fertil Steril. 2004; 825: 1264–1272
View in Article | Scopus (131)

7. Smitz, J., Erard, P., Camus, M., Devroey, P., Tournaye, H., Wisanto, A. et al. Pituitary gonadotrophin secretory capacity during the luteal phase in superovulation using GnRH-agonists and HMG in a desensitization or flare-up protocol. Hum Reprod. 1992; 7: 1225–1229
View in Article | CrossRef | PubMed

8. Smitz, J., Bourgain, C., Van Waesberghe, L., Camus, M., Devroey, P., and Van Steirteghem, A.C. A prospective randomized study on oestradiol valerate supplementation in addition to intravaginal micronized progesterone is buserelin and HMG-induced superovulation. Hum Reprod. 1993; 8: 40–45
View in Article | PubMed

9. Beckers, N.G., Macklon, N.S., Eijkemans, M.J., Ludwig, M., Felberbaum, R.E., Diedrich, K. et al. Nonsupplemented luteal phase characteristics after the administration of recombinant human chorionic gonadotropin, recombinant luteinizing hormone, or gonadotropin-releasing hormone (GnRH) agonist to induce final oocyte maturation in in vitro fertilization patients after ovarian stimulation with recombinant follicle-stimulating hormone and GnRH antagonist cotreatment. J Clin Endocrinol Metab. 2003; : 4186–4192
View in Article | CrossRef | PubMed | Scopus (119)

10. Tavaniotou, A. and Devroey, P. Luteal hormone profile of oocyte donors stimulated with a GnRH antagonist compared with natural cycles. Reprod Biomed Online. 2006; 13: 326–330
View in Article | PubMed

11. Pritts, E.A. and Atwood, A.K. Luteal phase support in infertility treatment: a meta-analysis of the randomized trials. Hum Reprod. 2002; 9: 2287–2299
View in Article | CrossRef

12. Daya, S. and Gunby, J. Luteal phase support in assisted reproduction cycles. ([Review])Cochrane Database Syst Rev. 2004; (CD004830)
View in Article

13. Licciardi, F.L., Kwiatkowski, A., Noyes, N.L., Berkeley, A.S., Krey, L.L., and Grifo, J.A. Oral versus intramuscular progesterone for in vitro fertilization: a prospective randomized study. Fertil Steril. 1999; 71: 614–618
View in Article | PubMed | Scopus (54)

14. Friedler, S., Raziel, A., Schachter, M., Strassburger, D., Bukovsky, I., and Ron-El, R. Luteal support with micronized progesterone following in-vitro fertilization using a down-regulation protocol with gonadotrophin-releasing hormone agonist: a comparative study between vaginal and oral administration. Hum Reprod. 1999; 14: 1944–1948
View in Article | CrossRef | PubMed | Scopus (33)

15. Miles, R.A., Paulson, R.J., Lobo, R.A., Press, M.F., Dahmoush, L., and Sauer, M.V. Pharmacokinetics and endometrial tissue levels of progesterone after administration by intramuscular and vaginal routes: a comparative study. Fertil Steril. 1994; 62: 485–490
View in Article | PubMed

16. Perino, M., Brigandi, F.G., Abate, F.G., Costabile, L., Balzano, E., and Abate, A. Intramuscular versus vaginal progesterone in assisted reproduction: a comparative study. Clin Exp Obstet Gynecol. 1997; 24: 228–231
View in Article | PubMed

Case 2:15-cv-01022-SRB   Document 60-2   Filed 07/30/15   Page 42 of 54

17. Propst, A.M., Hill, J.A., Ginsburg, E.S., Hurwitz, S., Politch, J., and Yanushpolsky, E.H. A randomized study comparing Crinone 8% and intramuscular progesterone supplementation in in vitro fertilization-embryo transfer cycles. *Fertil Steril.* 2001; 76: 1144–1149

View in Article   | PubMed   | Scopus (56)

18. Smitz, J., Devroey, P., Faguer, B., Bourgain, C., Camus, M., and Van Steirteghem, A.C. A prospective randomized comparison of intramuscular or intravaginal natural progesterone as a luteal phase and early pregnancy supplement. *Hum Reprod.* 1992; 7: 168–175

View in Article   | CrossRef   | PubMed

19. Carmichael, S.L., Shaw, G.M., Laurent, C., Croughan, M.S., Olney, R.S., and Lammer, E.J. Maternal progestin intake and risk of hypospadias. *Arch Pediatr Adolesc Med.* 2005; 159: 957–962

View in Article   | CrossRef   | PubMed   | Scopus (55)

20. Ericson, A. and Kallen, B. Congenital malformations in infants born after IVF: a population-based study. *Hum Reprod.* 2001; 16: 504–509

View in Article   | CrossRef   | PubMed

21. William, K. Hubbard, Acting Deputy Commissioner for Policy. *Federal Register:* April 13, 1999: 64 (Proposed Rules. FR Document 99–9146)

View in Article

**Position Statement**

**Recently Published April 11, 2008.**

No reprints will be available.

© 2008 American Society for Reproductive Medicine. Published by Elsevier Inc. All rights reserved.

< Previous Article    **November 2008**Volume 90, Issue 5, Supplement, Pages S150–S153    Next Article >

Copyright © 2015 Elsevier Inc. All rights reserved. | Privacy Policy | Terms & Conditions | About Us | Help & Contact
The content on this site is intended for health professionals.
Advertisements on this site do not constitute a guarantee or endorsement by the journal, Association, or publisher of the quality or value of such product or of the claims made for it by its manufacturer.

# EXHIBIT 6
# Declaration of Mary L. Davenport, M.D.



# EXHIBIT 7
# Declaration of Mary L. Davenport, M.D.

# Additional References

ASRM: Practice Committee of American Society for Reproductive Medicine in collaboration with Society for Reproductive Endocrinology and Infertility." Progesterone supplementation during the luteal phase and in early pregnancy in the treatment of infertility:" an educational bulletin. Fertil Steril. 2008 Nov;90(5 Suppl):S150-3.

Baker A, Beresford T, Halvorson-Boyd G, Garrity JM. Chapter 3, Informed consent, counseling, and patient preparation. In: Paul M, Lichtenberg ES, Borgatta L, Grimes DA, and Stubblefield PG, eds.  A Clinician's Guide to Medical and Surgical Abortion. Philadelphia, PA: Churchill Livingston; 1999:28-29.

Baulieu, E. Contragestion with RU-486: A new approach to postovulatory fertility control. Acta Obstet Gynecol Scand Suppl. 149: 5-8, 1989.

Baulieu, E. RU-486: An antiprogestin steroid with contragestive activity in women. In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. New York, Plenum, 1985:1-26.

Bernard N, Elefant E, Carlier P, Tebacher M, Barjhoux CE, Bos-Thompson MA, Amar E, Descotes J, Vial T. Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study.BJOG. 2013 Apr;120(5):568-74.

Csapo, AI, Erdos T. The critical control of progesterone levels and pregnancy by antiprogesterone. Am J Obtet Gynecol. 1976  Nov 1 126 (2):598-601.

Csapo, AI, Erdos T. Prevention of the abortifacient action of antiprogesterone by progesterone. Am J Obtet Gynecol. 1977 May 15 128(2):212-4.

Csapo AI, Pulkkinen MO, Wiest WG. Effects of luteectomy and progesterone replacement therapy in early pregnant patients. Am J Obstet Gynecol. 1973 Mar 15;115(6):759-65. .

Daya S, Ward S, Burrows E. "rogesterone profiles in luteal phase defect cycles and outcome of progesterone treatment in patients with recurrent spontaneous abortion." Am J Obstet Gynecol. 1988 Feb;158(2):225-32.

Di Renzo GC, Mattei A, Gojnic M, Gerli S. Progesterone and pregnancy. Curr Opin Obstet Gynecol. 2005 Dec;17(6):598-600.

Doldi N[1], Gessi A, Destefani A, Calzi F, Ferrari A. Polycystic ovary syndrome: anomalies in progesterone production. Hum Reprod. 1998 Feb;13(2):290-3.

Friedman,et.al The Decision-Making Process and the Outcome of Therapeutic Abortion, Am J Psych, 1974 Dec. 131:1332-37

Hellgren C, Åkerud H, Skalkidou A, Bäckström T, Sundström-Poromaa I. Low serum allopregnanolone is associated with symptoms of depression in late pregnancy. Neuropsychobiology. 2014;69(3):147-53.

Hilgers, Thomas (b) "The Use of Progesterone in the Support of Pregnancy." Matthew Bulfin Educational Symposium, Georgetown, 2015.

Hilgers,Thomas.(a) The Medical and Surgical Practice of NaProTechnology 2004.Omaha: Pope Paul VI Press,

Joham AE, Teede HJ, Ranasinha S, Zoungas S, Boyle J. Prevalence of infertility and use of fertility treatment in women with polycystic ovary syndrome: data from a large community-based cohort study. J Womens Health (Larchmt). 2015 Apr;24(4):299-307.

Jones GS. The luteal phase defect. Fertil Steril. 1976 Apr;27(4):351-6.

Li, Y. Reflections on the causes of forced abortion in China. The Lancet. Vol 380, No 9844. September, 2012: 805.

Melcangi RC, Panzica GC. Allopregnanolone: state of the art. Prog Neurobiol. 2014 Feb;113:1-5.

Ozlü T[1], Güngör AC, Dönmez ME, Duran B. "Use of progestogens in pregnant and infertile patients"  Arch Gynecol Obstet. 2012 Aug;286(2):495-503

Rue VM, Coleman PK, Rue JJ, Reardon DC. Induced abortion and traumatic stress: a preliminary comparison of American and Russian women. Med Sci Monit. 2004 Oct;10(10):SR5-16.

SART, Society for Assisted Reproductive Technology; Press Release February 17, 2014

Soldo V, Cutura N Zamurovic M. "Threatened miscarriage in the first trimester and retrochorial hematomas: sonographic evaluation and significance". Clin Exp Obstet Gynecol. 2013;40(4):548-50.

Stanford JB, Parnell TA, Boyle PC. Outcomes from treatment of infertility with natural procreative technology in an Irish general practice. J Am Board Fam Med. 2008 Sep-Oct;21(5):375-84.

Tham E, Schliep K, Stanford J. Natural procreative technology for infertility and recurrent miscarriage: outcomes in a Canadian family practice. Can Fam Physician. 2012 May;58(5):e267-7

Wahabi HA, Fayed AA, Esmaeil SA, Al Zeidan RA." Progestogen for treating threatened miscarriage." Cochrane Database Syst Rev. 2011 Dec 7;(12):CD005943.

Yamabe, S. Katayama K, Mochizuki M. The effect of RU 486 and progesterone on luteal function during pregnancy. Folia endocrinol. (Japan) 65:497-511, 1989.

# EXHIBIT 8
# CV of Mary L. Davenport, M.D.

# MARY L. DAVENPORT, MD, FACOG

**4440 SAN PABLO DAM RD.        OBSTETRICS AND GYNECOLOGY**
**EL SOBRANTE, CA  94803**
**(510) 222-2098**
**(510) 417 5445 cell**
**FAX (510) 222-7107**

## Curriculum Vitae

### Education

Smith College A.B. 1969
Tufts University School of Medicine   M.D.  1975
Virginia Mason Medical Center, Seattle  Internship 1976
U.C. San Diego, Obstetrics and Gynecology Residency  1980
Pope Paul VI Institute, Medical Consultant in Natural Family Planning, 1998

### Employment

Staff Obstetrician Gynecologist, Kaiser Hospital System, Portland, Oregon, 1980-1982
Staff Obstetrician Gynecologist, Highland Hospital, Oakland, CA 1983-1984
Private Practice, Oakland, CA 1985-1998
Consultant, Brookside Community Clinic, San Pablo, CA  2002-2013
Private Practice, El Sobrante, CA 1998-present
Medical Director, Magnificat Maternal Health Program, Anyigba, Nigeria 2011-present

### Professional Qualifications, Organizations and Activities

Board Certification, American Board of Obstetrics and Gynecology 1982-present
Fellow, American College of Obstetrics and Gynecology 1994-present
Board Member, American Association of ProLife Obstetricians and Gynecologists, 1994-present
President, American Association of ProLife Obstetricians and Gynecologists, 2011-2013
Breast Cancer Prevention Institute, Secretary-Treasurer, 2010-present
Medical Director, Magnificat Maternal Health Project, Anyigba, Nigeria 2111-present
Maternal Life International, Board Member
California Association of Natural Family Planning, Board of Advisors
Alameda and Contra Costa Medical Association, Member
Catholic Medical Association, Member
International Institute for Restorative Reproductive Medicine, Member
Supervisor, Midwifery Service, Doctors Medical Center, 2002-2004
Quality Assurance Committee, Providence Hospital, Oakland, 1987-1994
Quality Assurance Committee, Doctors Medical Center, San Pablo, 1998-2006
Candidate for MS in Nutrition and Metabolism, University of South Florida, 2010-present

### Academic Appointments

1

UC San Francisco Department of Family Practice, 1982-1984
Touro College of Osteopathic Medicine, Adjunct Assistant Clinical Professor,
    2004-2010
Maris Stella Institute, Faculty 2014-present


**Hospital Privileges**

Alta Bates Medical Center, Berkeley, CA 1985-present
Summit Medical Center, Oakland, CA 1985-present
Doctors Medical Center, San Pablo, CA 1998-2014

**Publications**

"The End of Physician Conscience Protection in America?" *The American Thinker*,
    April 6. 2009
"Extinguishing Physician Conscience," *The American Thinker*, March 3, 2009
"Fetuses and Pain," *The American Thinker*, April 19, 2006
 "Is Late Term Abortion Ever Necessary?" *In Focus,* June, 2009.
"The Pill and Premenopausal Breast Cancer," CANFP Newsletter, Fall, 2007
"Prenatal and Perinatal Psychology: Implications for Birth Attendants"
    *Prenatal and Perinatal Psychology: Encounter with the Unborn,* Fedor-Freybergh, Peter
    et.al.,Park Ridge, New Jersey: Parthenon Publishing Group
"The Unconscionable Claims of Michael J. Fox," *The American Thinker*,
    October 25, 2006
"Right of Conscience for Health Care Providers," with Jennifer Lahl and Evan Rosa *Linacre
    Quarterly*, Vol 79,May 2012
"Reducing Maternal Mortality in Rural Nigeria," Poster for FIGO, Rome, October, 2012
"Progesterone Reversal of Mifepristone," with George Delgado, *Annals of Pharmacotherapy*,
    Vol 46, December. 2012.
"Update on Exercise and Fertility," *CANFP Newsletter,* January, 2015
"When Mom Changes Her Mind: Reversing Pill Abortions in Progress, *American Thinker,*
    February 24, 2015

**Presentations**

"Breast Cancer and Abortion:, AAPLOG Special Interest Group Meeting, ACOG Annual
    Meeting, May 1995, San Francisco, CA
"Natural Family Planning: Applications to Women's Health"
    March, 1998, St. Rose Hospital, Hayward, CA
"Fertility Update," October, 1998, Pennsylvania Perinatal Association, Dubois, PA
"Alternatives to Therapeutic Uses of Oral Contraceptives"
    March, 2001, California Association of Natural Family Planning, San Francisco, CA
"Alternatives to Therapeutic Uses of Oral Contraceptives"
    Rethinking Reproductive Health Care Conference, Catholic Medical Association

2

December 2001, University of Michigan, Ann Arbor, MI
"Ethical Therapies for Infertility"
`        April, 2002, Population Research Institute, Santa Clara, CA
"Therapies for Infertility, or IVF, Why Not?"
        March, 2003, California Association for Natural Planning, Fresno, CA
"Theology of the Body"
        February, 2004, Diocese of Oakland Conference, Concord, California
 "History of Contraception"
        November, 2005, Catholic Healthcare West CME Conference, Fairfield, CA
"Complications of Medical Abortion"
        May, 2006, World Catholic Medical Association, Barcelona
"Bioidentical Hormone Replacement: Superior Therapies for Common Problems in
        Women's Health", May, 2007, Central Coast Primary Care, San Luis Obispo, CA
"Case Report: Fibroids and Xenoestrogens"
        July, 2007, Institute for Restorative Reproductive Medicine, Wichita, KS
"Population: Personal and Political"
        October, 2007, Catholic Student Association, Menlo Park, CA
 "New Regimens of Medical Abortion"
        January, 2008, AAPLOG, Fort Lauderdale, FL
 "NFP: Pro-Woman Health Care"
        April, 2008, California Association for Natural Family Planning, San Bernardino, CA.
"Medical Abortion"
        May, 2008, Hippocratic Oath Banquet, Marquette University, Milwaukee, WI
"Seven Myths Regarding Reproductive Health Care"
        August, 2008, Humane Vitae Conference, St. Mary's College, Moraga, CA
"New Regimens of Medical Abortion"
        October, 2008, CARE NET, Atlanta, GA
"Update on Medical Abortion"
        January, 2009, AAPLOG CME Meeting, Fort Lauderdale, FL
"Medical Abortion"
        February, 2009, UC Berkeley Students for Life, Berkeley, CA
"Right of Conscience for Health Care Professionals"
        January, 2010, AAPLOG CME Meeting, Washington, DC
"Emergency Contraception"
        February, 2010, UC Berkeley Students for Life, Berkeley, CA
"Sexual Health Today St. Mary's College, Moraga, CA, March, 2010
 "Unmasking the Global Abortion Agenda"
        May, 2010, World Catholic Medical Association, Lourdes, France
"Right of Conscience for Health Care Professionals"
        May, 2010. ACOG Annual Meeting. San Francisco, CA
"Endocrine Disrupting Pollutants in Reproductive Medicine"
        July, 2010 International Institute of Restorative Reproductive Medicine, Greenville, SC

"Post-fertilization Effects of Contraceptives"
        November, 2010, UC Berkeley Students for Life, Berkeley, CA
"Alternatives to IVF" February, 2011, UCSF Integrative Heath Society, San Francisco, CA

3

"Right of Conscience for Health Care Professionals"
        March, 2011  Divine Mercy Health  Professionals, San Ramon, CA
"Sexual Health Today St. Mary's College, Moraga, CA, March, 2011
"Global Abortion Agenda"
        July, 2011  Divine Mercy Health Care Conference, Oakland, CA
"Population Control", October, 2011 Theology on Tap, Vallejo. CA
"Population Control" and "Understanding the Breast Cancer and Abortion Link"
        November 2011, Biola Bioethics Unlocked Conference, La Mirada, CA
"Saving Mothers," November, 2011 Our Lady of Peace, Santa Clara, CA
"Safe Passages: Authentic Solutions to Maternal Mortality in Nigeria"
        December, 2011, UCSF Integrative Heath Society, San Francisco, CA
"Alternatives to IVF," Make Safe the Pathway Conference, Archdiocese of San Francisco, CA,
        March, 2012
"Sexual Health Today St. Mary's College, Moraga, CA, March, 2012
"New Insights in Reproductive Medicine," Priests for Life, Washington, DC, May 2012
"Oral Contraceptives" and "Assisted Reproductive Technologies" St Bede's Seminarian
        Program, Hayward, CA, June, 2012
"Maternal Mortality: Our Greatest Challenge," "Postpartum Hemorrhage" Grimard Catholic
        School of Midwifery, Anyigba, Nigeria June, 2012
"Postpartum Hemorrhage" Grimard Catholic School of Midwifery, Anyigba, Nigeria June, 2012
"Use of the Anti-Shock Garment for Obstetrical Hemorrhage," St Luke's Health Center, Egume;
        Diocesan Health Center, Sheria, Nigeria, June 2012.
"Culture of Life and the Global Abortion Agenda," Salem University, Lokoja, Nigeria, June,
2012
"The Global Abortion Agenda," Catholic Medical Association, Lagos, Nigeria, July, 2012
"Sexual Health Today St. Mary's College, Moraga, CA, March, 2013
"Alternatives to IVF," St. Patrick Seminary, Menlo Park, CA, July, 2013
"Natural Family Planning: The Church's Secret Weapon," Archdiocesan Respect Life
        Conference,   San Francisco, CA, November, 2013
"Vacuum Extraction" Grimard Catholic School of Midwifery, Anyigba, Nigeria, January, 2014
"Obstetrical Ultrasound," Mother and Child Clinic, Ankpa, Nigeria, January, 2014
"Preterm Birth and Abortion," GynOb, Seoul, Korea, August, 2014
"Abortion Pill Reversal", Priests for Life, Washington, DC, February, 2014
 "Preterm Birth and Abortion: An International Update" Matthew Bulfin Educational Conference,
        Washington, DC, February, 2014
"Abortion Pill Reversal" 40 Days for Life, February 2014, November 2014, February 2015, Santa
        Clara, Hayward, and Napa CA
"Surgical Abortion by Midlevel Providers" Matthew Bulfin Educational Conference,
Georgetown,
        February, 2015

## STUDIES REVIEWED

Birgerson L,  Viveca Odlind, and Elof Johansson Clinical Effects of RU 486 Administered for Seven Days in Early Pregnancy In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 211-220 New York, Plenum, 1985

Birgerson L, Odlind V. The antiprogestational agent RU 486 as an abortifacient in early human pregnancy: a comparison of three dose regimens. Contraception 1988;38:391-400.

Birgerson L, Odlind V. Early pregnancy termination with antiprogestins: a comparative clinical study of RU 486 given in two dose regimens and Epostane. Fertil Steril. 1987 Oct;48(4):565-70.

Cameron IT, Michie AF, Baird DT. Therapeutic abortion in early pregnancy with antiprogestogen RU486 alone or in combination with prostaglandin analogue (gemeprost).Contraception 1986;34:459-68.Cameron IT, Baird DT. Early pregnancy termination: a comparison between vacuum aspiration and medical abortion using prostaglandin (16,16 dimethyl-trans-delta 2-PGE1 methyl ester) or the antiprogestogen RU 486. Br J Obstet Gynaecol. 1988 Mar;95(3):271-6.

Carol W, Klinger G. [Experiences with the antigestagen mifepristone (RU 486) in the interruption of early pregnancy]. Zentralbl Gynakol 1989;111:1325-8.

Couzinet B, Le Strat N, Ulmann A, Baulieu EE, Schaison G. Termination of early pregnancy by the progesterone antagonist RU 486 (Mifepristone). N Engl J Med. 1986 Dec 18;315(25):1565-70.

Dubois, C[1], Silvestre L, Ulmann A[Use of mifepristone in the termination of early pregnancy. The experience in France]. Presse Med. 1989 Apr 15;18(15):757-60

Elia D  Clinical Study of RU 486 in Early Pregnancy  In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 211-220 New York, Plenum, 1985

Grimes DA, Mishell DR Jr, Shoupe D, Lacarra M. Early abortion with a single dose of the antiprogestin RU-486. Am J Obstet Gynecol 1988;158:1307-12.

Haspels AA Interruption of Early Pregnancy by the Antiprogestational Compound RU 486 In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 199-210,New York, Plenum, 1985

Haspels AA. Interruption of early pregnancy by an anti-progestational compound, RU 486. Eur J Obstet Gynecol Reprod Biol. 1985 Sep;20(3):169-75.

Herrmann WL, Schindler AM, Wyss R, et al: Effects of the antiprogesterone RU 486 in early pregnancy and during the menstrual cycle. In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 179-198 New York, Plenum, 1985

Herrmann W, Wyss R, Riondel A, Philibert D, Teutsch G, Sakiz E, Baulieu EE. [The effects of an antiprogesterone steroid in women: interruption of the menstrual cycle and of early pregnancy]. Comptes Rendus Seances Acad Sci III. 1982 May 17;294(18):933-8. French.

Kovacs L, Sas M, Resch BA, Ugocsai G, Swahn ML, Bygdeman M, Rowe PJ. Termination of very early pregnancy by RU 486--an antiprogestational compound. Contraception 1984;29:399-410

Maria B, Chaneac M, Stampf F, Ulmann A. [Early pregnancy interruption using an

antiprogesterone steroid: Mifepristone (RU 486)]. J Gynecol Obstet Biol Reprod (Paris) 1988;17:1089-94.

Maria B, Stampf F, Goepp A, Ulmann A. Termination of early pregnancy by a single dose of mifepristone (RU 486), a progesterone antagonist. Eur J Obstet Gynecol Reprod Biol 1988;28:249- 55.

Mishell DR Jr, Shoupe D, Brenner PF, Lacarra M, Horenstein J, Lahteenmaki P, Spitz IM. Termination of early gestation with the anti-progestin steroid RU 486: medium versus low dose
Contraception. 1987 Apr;35(4):307-21.
Shoupe D, Mishell DR Jr, Brenner PF, Spitz IM. Pregnancy termination with a high and medium dosage regimen of RU 486. Contraception. 1986 May;33(5):455-61.

Sitruk-Ware, R. L. Billaud, I. Mowszowica, H. Yaneva, P. Mauvais-Jarvais, C. W. Bardin, and I. M. SpitzThe Use of RU 486 as an Abortifacient in Early Pregnancy. In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 243-248 New York, Plenum, 1985

Somell C, Olund A. Induction of abortion in early pregnancy with mifepristone. Gynecol Obstet Invest 1990;29:13-5.

Somell C, Olund A. Induction of abortion in early pregnancy with mifepristone. Gynecol Obstet Invest 1990; 30(4):224-7.

Spitz IM, Shoupe D, Sitruk-Ware R, Mishell DR Jr. Response to the antiprogestagen RU 486 (mifepristone) during early pregnancy and the menstrual cycle in women. J Reprod Fertil Suppl. 1989;37:253-60. Review.

Swahn ML. S. Cekan, G. Wang, V. Lundstom, and M. Bygdeman. In Beaulieu EE, Siegel S (eds): The Antiprogestin Steroid RU 486 and Human Fertility Control. pp. 249-258. New York, Plenum, 1985.

Swahn ML, Ugocsai G, Bygdeman M, Kovacs L, Belsey EM, Van Look PF. Effect of oral prostaglandin E2 on uterine contractility and outcome of treatment in women receiving RU 486 (mifepristone) for termination of early pregnancy. Hum Reprod 1989;4:21-8.

Vervest HAM, Haspels AA, Preliminary results with antiprogesterone RU-486 .(mifepristone) for interruption of early pregnancy. FertilSteril. 1985;44: 627-32.

Ylikorkala O, Alfthan H, Kääriäinen M, Rapeli T, Lähteenmäki P. Outpatient therapeutic abortion with mifepristone. Obstet Gynecol 1989;74:653-7.

Zheng SR. RU 486 (mifepristone): clinical trials in China. Acta Obstet Gynecol Scand Suppl 1989;149:19-23.