# EXHIBIT D
# ANDREA MINICHINI
# DECLARATION

Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
8110 East Cactus Road, Ste. 100
Scottsdale, AZ 85260-5210
mdlaw@muellerdrury.com
(480) 368-5511
State Bar No. 011461
Attorney for Defendant Cara M. Christ,
Director of the Arizona Department of Health Services,
in her official capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc., et al. | Case No.: 2:15-CV-01022-SPL |
| Plaintiffs, | |
| v. | **DECLARATION OF ANDREA MINICHINI** |
| Mark Brnovich, Arizona Attorney General, in his official capacity, et. al., | |
| Defendants. | |

### DECLARATION OF ANDREA MINICHINI

Andrea Minichini declares as follows:

I am over 18 years of age and competent to make this declaration.

I submit this declaration in opposition to Plaintiffs' Motion for a Preliminary Injunction preventing enforcement of Arizona SB 1318, a state law requiring abortion providers to provide women information about the possibility of reversing the effects of mifepristone.

MY STORY

1.    On May 3, 2014 a doctor entered my room in the ER and stayed quiet for what felt like hours. "I'm sorry to inform you, but, you are pregnant" were the words that rolled off of his tongue, leaving me feeling paralyzed. It was impossible. I had been on birth control for 8 years. I told my mother "I'm not keeping it. I will have the problem fixed by this week."

2.    Fighting with my heart, two weeks later my body felt numb as we drove into the parking lot of the Planned Parenthood. As I waited for my name to be called I just kept holding back my tears. In my heart I knew I didn't want to do this. When they called my name, the nurse began to explain the procedure to me.

3.    I would take two pills. The first pill is what they called "the killer" it cuts off all nutrients and oxygen to the placenta over a 24 hour time span slowly killing it off. The second pill was the pill that would reject the placenta from the body, in turn completing the procedure. I immediately broke down in tears. I couldn't hear another word. I was sick to my stomach. She handed me a tissue and told me I was doing the right thing, that it wasn't the right time and led me into the exam room.

4.    The doctor performed an ultra sound, where he revealed to me that I was actually 9 weeks pregnant and showed me my babies' heartbeat. I begged my boyfriend to change his mind, he lifted his head with a look of defeat and said "I don't feel anything."

5.    The doctor sat me down and told me to open my hand, where he dropped a thick, white, round pill into my palm. I was shaking, tears flowing down my face, I

couldn't do it. The doctor stood over me and spoke the words "you're doing the right thing, it's not the right time." Tears ran down my face, I was literally frozen. "Now hurry up and take that pill before it melts in your hand, it's very expensive."

6. I swallowed the pill and immediately tried to throw it up. The doctor sat me back down, handed me a brown bag and said "take the next pill in 24 hours and make sure you take it! I'll see you in two weeks for a follow up."

7. I ran out of the office, and straight for the car where I fell to the ground crying and screaming for God to forgive me! I cried for hours straight before realizing that I needed to do something to fix this.

8. I called my mother who took me to hospitals, and doctors' offices but they all turned me away saying I needed to take the second pill and even if I did find someone or something to reverse it, my child would have rare deformities and I would be seriously ill and that it wasn't worth it.

9. Everyone turned me away. I felt helpless, worthless, hopeless! The next morning I awoke to an article on my phone about a doctor who had successfully reversed the pill and saved a life. I immediately called the number given and was directed to a hotline where the most heartwarming voice answered. She told me that because I was now hitting 48 hours after taking the first pill, that it would be difficult, but to have hope! She told me to wait 10 minutes and she would get in touch with the doctor. Fifteen minutes later the doctor called me and told me to immediately head over to her office. It was a Saturday and the office was not open, but for me and for my child she went out of her way to help me.

10. Upon arrival she welcomed me with open arms as I just broke down to her and told her how sorry I was. She informed me that if there was a heartbeat, she would immediately start the reversal.

11. After seeing a heartbeat through an ultrasound, she immediately turned it off and started the reversal. A series of progesterone shots were to be administered over a period of a month and after, progesterone pills were to be prescribed for a period of 4-6 weeks. I followed up with Dr. Trevald for about two months, and once the placenta healed, she sent me to be cared for my regular OBGYN.

12. December 31, 2014 I gave birth to a beautiful, strong, healthy baby boy, and my boyfriend was by my side the entire time. My whole pregnancy, and the days spent with my son have been unexplainable. I thank God and I thank Dr. Trevald, an angel sent from above to save precious little lives, and to save the lives of mothers, because without her, I don't know where I would be today. It took me awhile to face what I did, but I thank God every night for the angel he has given me. Life is so precious, and we tend to overlook that when in desperate times, but believe me, nothing is more beautiful than carrying a life and bearing a child. I named my son Gabriel, after the arc angel in heaven, because he is a miracle, a true angel!

I declare under penalty of perjury the information provided is true and correct to the best of my knowledge

DATED this 29 day of July, 2015.

Andrea Minichini