# EXHIBIT E
# CANDY CAMPANA
# DECLARATION

Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
8110 East Cactus Road, Ste. 100
Scottsdale, AZ 85260-5210
mdlaw@muellerdrury.com
(480) 368-5511
State Bar No. 011461
Attorney for Defendant Cara M. Christ,
Director of the Arizona Department of Health Services,
in her official capacity

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc., et al. | Case No.: 2:15-CV-01022-SPL |
| Plaintiffs, | |
| v. | **DECLARATION OF CANDY CAMPANA** |
| Mark Brnovich, Arizona Attorney General, in his official capacity, et. al., | |
| Defendants. | |

## DECLARATION OF CANDY CAMPANA

Candy Campana declares as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I submit this declaration in opposition to Plaintiffs' motion for a preliminary injunction preventing enforcement of Arizona SB 1318, a state law requiring abortionists to provide women information about the possibility of reversing the effects of mifepristone.

3. I thought I wanted an abortion. I walked into Planned Parenthood thinking that was the correct decision.

-1-

4. The staff at Planned Parenthood were very firm about trying to get me to take the pill.

5. The same day I took the pill I went home and fell asleep and woke up thinking this isn't what I wanted.

6. The next morning I went back to Planned Parenthood and told them I had changed my mind. They told me they couldn't do anything for me that the fetus was not going to grow.

7. I was approximately ten weeks pregnant at the time.

8. I kept insisting that there had to be something they could do for me, or something a doctor could do for me. They continued to insist that there was nothing they could do, that the fetus was not going to grow.

9. While I was in their office I went to Google on my phone and typed in "is there a way to reverse the pill." That is when I came across Dr. Delgado's website about the abortion reversal pill. I called the toll free number on the website and was directed to Dr. Alan Sawyer.

10. Dr. Sawyer gave me an oral progesterone pill to take up to my 13th week of pregnancy.

11. I am currently 33 weeks pregnant and my baby is healthy.

I declare under penalty of perjury the information provided is true and correct to the best of my knowledge

DATED this 30 day of July, 2015.

*Candy Campana*
Candy Campana