February 19, 2015  2:55 pm

## ARIZONA STATE SENATE
Fifty-second Legislature - First Regular Session

SB1318    abortion; health care exchange; licensure

COW Motion to Amend
Sen Ableser to show SB1318 failed to pass

```
              AYES:          11
              NAYS:          17
        NOT VOTING:           2
           EXCUSED:           0
            VACANT:           0

                  FAILED
```

| | | | | | |
|---|---|---|---|---|---|
| Y | ABLESER | N | DRIGGS | Y | PANCRAZI |
| N | ALLEN | Y | FARLEY | N | PIERCE |
| N | BARTO | N | FARNSWORTH D | Y | QUEZADA |
| Y | BEGAY | N | GRIFFIN | N | SHOOTER |
| Y | BRADLEY | Y | HOBBS | N | SMITH |
| N | BURGES | N | KAVANAGH | NV | WARD |
| Y | CAJERO BEDFORD | N | LESKO | N | WORSLEY |
| Y | CONTRERAS | NV | MCGUIRE | N | YARBROUGH |
| Y | DALESSANDRO | Y | MEZA | N | YEE |
| N | DIAL | N | MIRANDA | N | PRESIDENT BIGGS |

SB1318

CHRIST000134