MARK BRNOVICH
Attorney General
Firm Bar No. 14000

Kevin D. Ray (#007485)
Aubrey Joy Corcoran (#025423)
Assistant Attorneys General
Education and Health Section
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8328
Facsimile:  (602) 364-0700
Email: EducationHealth@azag.gov


Douglas V. Drury (#011461)
MUELLER & DRURY, P.C.
8110 East Cactus Road, Ste. 100
Scottsdale, AZ  85260-5210
Telephone: (602) 542-8328
Email: mdlaw@muellerdrury.com

*Attorneys for Cara M. Christ, M.D., Director of the Arizona Department of Health Services*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D.; Desert Star Family Planning, LLC; DeShawn Taylor, M.D., <br><br>                           Plaintiffs,<br>     vs.<br><br>Mark Brnovich, Arizona Attorney General, in his official capacity; Cara M. Christ, Director of the Arizona Department of Health Services, in her official capacity; Patricia E. McSorley, Executive Director of the Arizona Medical Board, in her official capacity; Richard T. Perry, M.D., Medical Board Chair, in his official capacity; James Gillard, M.D., Medical Board Vice Chair, in his official | Case No. 2:15-cv-01022-SPL<br><br>**REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS AGAINST CARA M. CHRIST, M.D., DIRECTOR OF THE ARIZONA DEPARTMENT OF HEALTH SERVICES**<br><br>(Honorable Steven P. Logan) |

capacity; Jodi A. Bain, Medical Board Member, in her official capacity; Marc D. Berg, M.D., Medical Board Member, in his official capacity; Donna Brister, Medical Board Member, in her official capacity; R. Screven Farmer, M.D., Medical Board Member, in his official capacity; Gary R. Figge, M.D. Medical Board Member, in his official capacity; Robert E. Fromm, M.D., Medical Board Member, in his official capacity; Paul S. Gerding, Medical Board Member, in his official capacity; Lois Krahn, M.D., Medical Board Member, in her official capacity; Edward G. Paul, M.D., Medical Board Member, in his official capacity; Wanda J. Salter, Medical Board Member, in her official capacity; Jenna Jones, Executive Director of the Arizona Board of Osteopathic Examiners in Medicine and Surgery, in her official capacity; Scott Steingard, D.O., Board of Osteopathic Examiners in Medicine and Surgery President, in his official capacity; Douglas Cunningham, D.O., Board of Osteopathic Examiners in Medicine and Surgery Vice President, in his official capacity; Gary Erbstoesser, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Jerry G. Landau, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Martin B. Reiss, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Lew Riggs, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Vas Sabeeh, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity,

Defendants.

1  Defendant Cara M. Christ, M.D., Director of the Arizona Department of Health
2  Services ("Dr. Christ"), replies in support of her Partial Motion to Dismiss Certain Plaintiffs'
3  Claims against her (Dkt. 44).  Plaintiffs concede that Plaintiffs Eric Reuss, M.D., M.P.H.;
4  Paul A. Isaacson, M.D.; or DeShawn Taylor, M.D. (collectively, "Physician Plaintiffs") have
5  no claims against Dr. Christ because she has no responsibility for licensing individual
6  physicians and has no enforcement authority over them.  Nonetheless, Plaintiffs assert that
7  Dr. Christ's motion for partial dismissal should not be granted because the presence of other
8  plaintiffs with standing to sue is sufficient.  (Dkt. 66 at 14-15.)  In support of this argument,
9  Plaintiffs cite *Planned Parenthood of Idaho, Inc. v. Wasden*, 376 F.3d 908, 918 (9th Cir.
10 2004).

11  Although *Wasden* stands for the general proposition that when there is "one plaintiff
12 [who] ha[s] standing to bring the suit, the court need not consider the standing of the other
13 plaintiffs," Dr. Christ has moved for partial dismiss based on Physician Plaintiffs' failure to
14 state a claim against her upon which relief may be granted.  Dr. Christ has not challenged
15 Physician Plaintiffs' standing to remain in the case.  Further, although irrelevant, in citing to
16 the rule on permissive joinder, Fed. R. Civ. P. 20, Plaintiffs acknowledge that "each
17 plaintiff's right to action remains distinct, as if it had been brought separately."  (Dkt. 66 at 14
18 [quoting Wright & Miller, 7 Fed. Prac. & Proc. Civ. § 1652 (3d ed.)].)  And, as *Wasden* made
19 clear, the district court would need to determine the proper plaintiffs because "[o]nly a proper
20 party to an action can enforce an injunction that results from a final judgment."  *Wasden*, 376
21 F.3d at 918 n.6.  Further, the *Wasden* court noted that the parties shared an attorney and
22 therefore the additional party's presence in the suit posed no threat of enhanced legal fees.  *Id.*
23 at 918.  That is not the case here.

24  Ultimately, as a matter of law, Physician Plaintiffs have failed to state a claim against
25 Dr. Christ upon which relief may be granted.  They concede as much.  Accordingly, this
26

Court should grant Dr. Christ's partial motion to dismiss Physician Plaintiffs' claims against her.

Dated this 21st day of August, 2015.

> MARK BRNOVICH
> Attorney General
>
> /s/ Aubrey Joy Corcoran
> Aubrey Joy Corcoran
> Kevin D. Ray
> Assistant Attorneys General
>
> Douglas V. Drury
> MUELLER & DRURY, P.C.
>
> *Attorneys for Cara M. Christ, Director of the Arizona Department of Health Services, in her official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of Augsut, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmission to the following:

Lawrence Rosenfeld
Daniel B. Pasternak
Squire Patton Boggs (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
lawrence.rosenfeld@squirepb.com
daniel.pasternak@ squirepb.com

Diana Salgado
Planned Parenthood Federation of America
434 W. 33rd Street
New York, NY 10001
diana.salgado@ppfa.org

Alice Clapman
Helene T. Krasnoff
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, D.C. 20005
alice.clapman@ppfa.org
helen.krasnoff@ppfa.org
*Attorneys for Planned Parenthood Arizona, Inc.*

David Brown
Hillary Schneller
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
dbrown@reprorights.org
hschneller@ reprorights.org
*Attorneys for Paul A. Isaacson, M D.*

Andrew Beck
Susan Talcott Camp
Brigitte Amiri
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
abeck@aclu.org
tcamp@aclu.org
bamiri@aclu.org
*Attorneys for Eric Reuss, M.D., M.P.H;*
*Desert Star Family Planning, LLC; DeShawn Taylor, M.D.*

Daniel Pochoda
Victoria Lopez
American Civil Liberties Union Foundation of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
dpochoda@acluaz.org
vlopez@acluaz.org
*Attorneys for Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D.; Desert Star Family Planning, LLC; DeShawn Taylor, M.D.*

John R. Tellier
Arizona Attorney General's Office
1275 W. Washington
Phoenix, AZ  85007
john.tellier@azag.gov
*Attorneys for Members of the Arizona State Medical Board and Members of the Board of Osteopathic Examiners in Medicine and Surgery*

Douglas V. Drury
Mueller & Drury, P.C.
8110 E Cactus Rd., Suite 100
Scottsdale, *AZ* 85260
dougdrury@muellerdrury.com
*Attorneys for Cara M. Christ, M.D.*

Kimberly A. Parker
Tiffany Payne
Skye Lynn Perryman
1875 Pennsylvania Ave, NW
Washington DC 20006
kimberly.parker@wilmerhale.com
tiffany.Payne@wilmerhale.com
skye.perryman@wilmerhale.com
*Attorneys for Amici Curiae American College of Obstetricians and Gynecologists, American Medical Association, and Arizona Medical Association*

By: /s/ Aubrey Joy Corcoran

#4616593