Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
8110 East Cactus Road, Ste. 100
Scottsdale, AZ 85260-5210
mdlaw@muellerdrury.com
(480) 368-5511
State Bar No. 011461
Attorney for Defendant Cara M. Christ,
Director of the Arizona Department of Health Services, in her official capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc., et al.<br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich, Arizona Attorney General, in his official capacity, et. al.,<br>Defendants. | Case No.: 2:15-CV-01022-SPL<br><br>**AMENDED DECLARATION OF GEORGE DELGADO, M.D.** |

### DECLARATION OF GEORGE DELGADO, M.D.

Dr. George Delgado declares as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I submit this declaration in opposition to Plaintiffs' motion for a preliminary injunction preventing enforcement of Arizona SB 1318, a state law requiring abortionists to provide women information about the possibility of reversing the effects of mifepristone, the first drug of the common two drug abortion protocol prior to beginning the abortion.

3. I am a medical doctor, board certified in family medicine. I am also a voluntary associate clinical professor at the University of California at San Diego. I received my doctor of medicine degree from the University of California, Davis School of Medicine in 1988. I was graduated summa cum laude with a bachelor of science in biology from St. Mary's College of California in 1984. I have also completed a one

year training program in NaProTECHNOLOGY through the Pope Paul VI Institute at Creighton University in 2005 and a certification program in health care ethics through the National Catholic Bioethics Center in 2012. My private practice is in family medicine at Culture of Life Family Health Care in San Diego and Escondido, California. My curriculum vitae is attached to this declaration as Exhibit 1.

4. I am the Medical Director of the Abortion Pill Reversal (APR) Program. The APR Program works with a growing network of 309 doctors around the country who are prepared to assist women who have begun the chemical abortion regimen by taking mifepristone and then regret their decision and choose to continue their pregnancy.

5. Each of these participating doctors is licensed in their state of practice, not under discipline, has an office in which to perform the procedure, is able to provide or arrange for ultrasounds, can prescribe progesterone, and either has progesterone readily available or can obtain it quickly as part of their regular medical practice.

6. Doctors participating in the APR program meet the woman desiring to reverse the effects of mifepristone, insure her informed consent, and comply with all legal and ethical obligations in the jurisdiction.

7. Experienced nurses answer the APR hotline. They are respectful and compassionate. The nurses receive specialized, comprehensive training in counseling women who are considering reversing mifepristone. In approximately 30% of cases the woman decides to attempt to reverse the abortion. When the woman decides she does wish to attempt to reverse the effects of the mifepristone the nurses contact doctors near her in the APR program to identify one that can assist her quickly. The woman is put in contact with a physician in her area who then accepts her as a patient and initiates treatment.

8. Progesterone is a naturally occurring hormone that is necessary for the maintenance of human pregnancy. Progesterone deficiency as a cause of infertility and miscarriage has been described and successfully treated with progesterone since the 1970s. [Jones, Ozlu cites].

9. I have treated hundreds of women with progesterone in order to help them become pregnant or sustain their pregnancy. I have never had a patient whose child had birth defects attributable to progesterone treatments.

10. Both mifepristone and progesterone independently have been determined to not cause birth defects. There would be no reason to believe that if a woman uses both drugs together that her baby would be at risk for birth defects. Progesterone is a substance produced at high levels in normal pregnancy. The fact that hundreds of babies have been born who have survived mifepristone without an excess of birth defects, and their mothers have gone on to have normal pregnancies, demonstrates that the interactions of mifepristone and progesterone are not harmful.

11. Since mifepristone is a progesterone receptor blocker, it makes biologic sense that introducing more progesterone to the system allows the progesterone to out-compete the mifepristone at the receptor level. Furthermore, rat studies have demonstrated that giving women progesterone with mifepristone prevents the effects of the mifepristone, when compared to rats who only received mifepristone. Our case series has demonstrated that giving a woman, who wants to attempt reversal progesterone, increases her chances of having a surviving unborn baby and increases the chances of delivering a baby.

12. Since 2012 the APR Program has received more than 900 phone calls from women with questions regarding mifepristone reversal. About 30% have decided to attempt reversal. There have been greater than 114 births and approximately 75 are

currently pregnant after successful reversals. The overall success rates are 55-60%. There have been no major birth defects; the only defect reported has been a port wine stain of the skin.

13. The time elapsed from taking mifepristone before beginning the APR protocol varies widely among the women who call the APR hotline. In my experience, women who begin the APR protocol sooner after having taken mifepristone are more likely to have positive results. Thus, the 55-60% success rate of the APR protocol likely understates its success for women who immediately regret their decision, find out about (or previously know about) the APR hotline, and are able to contact us quickly to find a doctor near them who can begin the protocol. Because the APR program has been focused on providing compassionate assistance to those women who wish to reverse the effects of mifepristone, it has not intentionally excluded treatment of women who, because of delay or other factors, are less likely to be successful candidates.

14. Even at the current 55-60% success rate for women who choose to use the APR protocol in order to reverse the effects of mifepristone and continue their pregnancy, a woman receiving progesterone through APR has a significantly better chance of continuing her pregnancy than a woman who does nothing and waits to see if mifepristone will fail in her case.

15. In the 6 years that I have been studying mifepristone reversal, I am unaware of a single birth defect of any child born after the APR protocol, whether attributable to APR or otherwise, with the exception of one port wine stain (a "birth mark").

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9-5-2015

George Delgado, M.D.