Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
8110 East Cactus Road, Ste. 100
Scottsdale, AZ  85260-5210
mdlaw@muellerdrury.com
(480) 368-5511
State Bar No. 011461
Attorney for Defendant Cara M. Christ,
Director of the Arizona Department of Health Services,
in her official capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D., Desert Star Family Planning, LLC; DeShawn Taylor, M.D., <br><br>                            Plaintiffs, <br><br> v. <br><br> Mark Brnovich, Arizona Attorney General, in his official capacity; Cara M. Christ, Director of the Arizona Department of Health Services, in her official capacity; Patricia E. McSorley, Executive Director of the Arizona Medical Board, in her official capacity; Richard T. Perry, M.D. Medical Board Chair, in his official capacity; James Gillard M.D., Medical Board Vice Chair, in his official capacity; Jodi A. Bain, Medical Board Member, in her official capacity; Marc D. Berg, M.D., Medical Board Member, in his official capacity; Donna Brister, Medical Board Member, in her official capacity; R. Screven Farmer, M.D., Medical Board Member, in his official capacity; Gary R. Figge, M.D. Medical Board Member, in his official capacity; Robert E. Fromm, M.D., Medical Board Member, in his official | Case No.: 2:15-CV-01022-SPL <br><br> **NOTICE OF WITHDRAWAL OF DECLARATION OF GRATTAN BROWN** |

| | |
|---|---|
| 1 | capacity; Paul S. Gerding, Medical Board ) |
| 2 | Member, in his official capacity; Lois ) Krahn, M.D. Medical Board Member, in ) |
| 3 | her official capacity; Edward G. Paul, ) M.D. Medical Board Member, in his ) |
| 4 | official capacity; Wanda J. Salter, Medical ) Board Member, in her official capacity; ) |
| 5 | Jenna Jones, Executive Director of the ) Arizona Board of Osteopathic Examiners ) |
| 6 | in Medicine and Surgery, in her official ) |
| 7 | capacity; Scott Steingard, D.O., Board of ) Osteopathic Examiners in Medicine and ) |
| 8 | Surgery President, in his official capacity; ) Douglas Cunningham, D.O.; Board of ) |
| 9 | Osteopathic Examiners in Medicine and ) |
| 10 | Surgery Vice President, in his official ) capacity; Gary Erbstoesser, D.O., Board of ) |
| 11 | Osteopathic Examiners in Medicine and ) Surgery Member, in his official capacity; ) |
| 12 | Jerry G. Landau, Board of Osteopathic ) Examiners in Medicine and Surgery ) |
| 13 | Member, in his official capacity; Martin B. ) |
| 14 | Reiss, D.O. Board of Osteopathic ) Examiners in Medicine and Surgery ) |
| 15 | Member, in his official capacity; Lew ) Riggs, Board of Osteopathic Examiners in ) |
| 16 | Medicine and Surgery Member, in his ) |
| 17 | official capacity; Vas Sabeeh, D.O., Board ) of Osteopathic Examiners in Medicine and ) |
| 18 | Surgery Member, in his official capacity,   ) ) |
| 19 | Defendants.          ) |

Defendant Cara M. Christ, Director of the Arizona Department of Health Services, in her official capacity by and through counsel undersigned, hereby withdraws the Declaration of Grattan Brown, S.T.D. filed as Exhibit C to document 60.

The issues covered by Dr. Brown's declaration are cumulative to the other declarations and documentation in possession of Plaintiff Christ and his testimony and opinion are no longer necessary. Dr. Brown resides in North Carolina and the expenses involved with travel for a deposition would be significant and unnecessary.

THEREFORE, Plaintiff Christ withdraws the Declaration of Grattan Brown, S.T.D.

DATED this 23rd day of September, 2015.

                          MUELLER & DRURY, P.C.


                          By s/Douglas V. Drury
                              Douglas V. Drury

A copy of the foregoing was *emailed this
23rd day of September 2015 to:

Diana Salgado
Planned Parenthood Federation of America
434 W 33rd St.
New York, NY  10001
Diana.salgado@ppfa.org
Attorney for Planned Parenthood Arizona, Inc.

Alice Clapman
Helene T. Krasnoff
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Stes. 300
Washington, DC 20005
alice.clapman@ppfa.org
helene.krasnoff@ppfa.org
Attorneys for Planned Parenthood Arizona, Inc.


David Brown
Hillary Schneller
Center for Reproductive Rights
199 Water Street 22nd Floor
New York, NY  10038
dbrown@reprorights.org
hschneller@reprorights.org
Attorneys for Paul A. Isaacson, M.D.

Andrew Beck
Susan Talcott Camp
Brigitte Amiri
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY  10004
abeck@aclu.org
tcamp@aclu.org
bamiri@aclu.org
Attorneys for Eric Reuss, M.D., M.P.H.,
Desert Star Family Planning, LLC and
DeShawn Taylor, M.D.

Daniel Pochoda
Victoria Lopez
American Civil Liberties Union Foundation of Arizona
3707 N. 7th Street Ste. 235
Phoenix, AZ  85014
dpochoda@acluaz.org
vlopez@acluaz.org
Attorneys for Eric Reuss, M.D., M.P.H.
Paul A. Isaacson, M.D.; Desert Star Family Planning,
DeShawn Taylor, M.D.

Joshua William Carden
Joshua Carden Law Firm PC - Scottsdale, AZ
16427 N Scottsdale Rd., Ste. 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
Attorney for Dr. Clint Leonard (Amicus)
Dr. William Chavira (Amicus)

Aubrey Joy Corcoran
Office of the Attorney General - Phoenix - Civil
1275 W Washington St.
Phoenix, AZ 85007
AubreyJoy.Corcoran@azag.gov
Attorney for Cara Christ and Mark Brnovich

Kimberly Parker
Tiffany Payne
Skye Perryman
Wilmer Cutler Pickering Hale & Dorr LLP - Washington, DC
1875 Pennsylvania Avenue NW
Washington, DC 20006
kimberly.parker@wilmerhale.com
tiffany.payne@wilmerhale.com
skye.perryman@wilmerhale.com
Attorney for American College of Obstetricians & Gynecologists (Amicus)
American Medical Association (Amicus)
Arizona Medical Association (Amicus)

Daniel Benjamin Pasternak
Lawrence J. Rosenfeld
Squire Patton Boggs (US) LLP - Phoenix, AZ
1 E Washington St., Ste. 2700
Phoenix, AZ 85004
daniel.pasternak@squirepb.com
lawrence.rosenfeld@squirepb.com

Attorney for Desert Star Family Planning
Planned Parenthood
DeShawn Taylor
Eric Reuss
Paul A. Isaacson

Kevin D Ray
Office of the Attorney General
Education and Health Section - Health Unit
1275 W Washington St.
Phoenix, AZ 85007-2926
Kevin.Ray@azag.gov
Attorney for Cara M. Christ
Mark Brnovich

Mailee R Smith
Americans United for Life
655 15th St. NW, Ste. 410
Washington, DC 20005
Mailee.Smith@AUL.org
Attorney for American Association of Pro-Life Obstetricians & Gynecologists (Amicus)
National Association of Catholic Nurses (Amicus)
National Association of Pro-Life Nurses (Amicus)
Physicians for Life (Amicus)

John R. Tellier
Office of the Attorney General – Phoenix
1275 W Washington Street
Phoenix, AZ  85007-2997
John.Tellier@azag.gov
Attorney for Donna Brister, Douglas Cunningham, Edward G. Paul
Gary Erbstoesser, Gary R. Figge, James Gilliard, Jenna Jones, Jerry G. Landau,
Jodi A. Bain, Lew Riggs, Lois Krahn, Mark D. Berg, Martin B. Reiss,
Patricia E. McSorley, Paul S. Gerding, Richard T. Perry, Robert E. Fromm,
Scott Steingard, Screven Farmer, Vas Sabeeh, Wanda J. Salter

By  s/Rachelle Lumpp

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2015 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing.

                 _s/Douglas V. Drury_
                 Douglas V. Drury