MARK BRNOVICH
Attorney General
Firm Bar No. 14000

Kevin D. Ray (#007485)
Aubrey Joy Corcoran (#025423)
Assistant Attorneys General
Education and Health Section
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8328
Facsimile: (602) 364-0700
Email: EducationHealth@azag.gov
*Attorneys for Mark Brnovich, Arizona Attorney General*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D.; Desert Star Family Planning, LLC; DeShawn Taylor, M.D., <br><br> Plaintiffs, <br> vs. <br><br> Mark Brnovich, Arizona Attorney General, in his official capacity; Cara M. Christ, Director of the Arizona Department of Health Services, in her official capacity; Patricia E. McSorley, Executive Director of the Arizona Medical Board, in her official capacity; Richard T. Perry, M.D., Medical Board Chair, in his official capacity; James Gillard, M.D., Medical Board Vice Chair, in his official capacity; Jodi A. Bain, Medical Board Member, in her official capacity; Marc D. Berg, M.D., Medical Board Member, in his official capacity; Donna Brister, Medical Board Member, in her official capacity; R. Screven Farmer, M.D., Medical Board Member, in his official capacity; Gary R. | Case No. 2:15-cv-01022-SPL <br><br> **JOINDER OF ARIZONA ATTORNEY GENERAL MARK BRNOVICH IN THE NOTICE OF FILING DEFENDANT CHRIST'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> (Honorable Steven P. Logan) |

| | |
|---|---|
| 1 | Figge, M.D. Medical Board Member, in his official capacity; Robert E. Fromm, M.D., Medical Board Member, in his official capacity; Paul S. Gerding, Medical Board Member, in his official capacity; Lois Krahn, M.D., Medical Board Member, in her official capacity; Edward G. Paul, M.D., Medical Board Member, in his official capacity; Wanda J. Salter, Medical Board Member, in her official capacity; Jenna Jones, Executive Director of the Arizona Board of Osteopathic Examiners in Medicine and Surgery, in her official capacity; Scott Steingard, D.O., Board of Osteopathic Examiners in Medicine and Surgery President, in his official capacity; Douglas Cunningham, D.O., Board of Osteopathic Examiners in Medicine and Surgery Vice President, in his official capacity; Gary Erbstoesser, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Jerry G. Landau, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Martin B. Reiss, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Lew Riggs, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Vas Sabeeh, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity, |
| | Defendants. |

Defendant Mark Brnovich, Arizona Attorney General, ("Attorney General Brnovich"), should be dismissed from this matter because he has no responsibility for enforcing A.R.S. §§ 36-2153(A)(2)(h)-(i), the statutory sections being challenged in this case. (See Dkt. 46.) In addition, Attorney General Brnovich will abide by all relevant Court orders issued in this case, subject to his appeal rights. To the extent Attorney General Brnovich remains a

2

defendant in this case, he joins in the Notice of Filing Defendant Christ's Proposed Findings of Fact and Conclusions of Law Defendant (Dkt. 96.) and the attachment thereto.

Dated this 9th day of October, 2015.

                        MARK BRNOVICH
                        Attorney General

                        /s/ Aubrey Joy Corcoran
                        Aubrey Joy Corcoran
                        Kevin D. Ray

                        Assistant Attorneys General
                        *Attorneys for Mark Brnovich, Arizona Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmission to the following:

Lawrence Rosenfeld
Daniel B. Pasternak
Squire Patton Boggs (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
lawrence.rosenfeld@squirepb.com
daniel.pasternak@squirepb.com
*Attorneys for Planned Parenthood Arizona, Inc.*

Diana Salgado
Planned Parenthood Federation of America
434 W. 33rd Street
New York, NY 10001
diana.salgado@ppfa.org
*Attorneys for Planned Parenthood Arizona, Inc.*

Alice Clapman
Helene T. Krasnoff
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, D.C. 20005
alice.clapman@ppfa.org
helen.krasnoff@ppfa.org
*Attorneys for Planned Parenthood Arizona, Inc.*

David Brown
Hillary Schneller
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
dbrown@reprorights.org
hschneller@reprorights.org
*Attorneys for Paul A. Isaacson, M D.*

Andrew Beck
Susan Talcott Camp
Brigitte Amiri
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
abeck@aclu.org
tcamp@aclu.org
bamiri@aclu.org
*Attorneys for Eric Reuss, M.D., M.P.H;*
*Desert Star Family Planning, LLC; DeShawn Taylor, M.D.*

1  Daniel Pochoda
   Victoria Lopez
2  American Civil Liberties Union Foundation of Arizona
   3707 N. 7th Street, Suite 235
3  Phoenix, AZ 85014
   dpochoda@acluaz.org
4  vlopez@acluaz.org
   *Attorneys for Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D.;*
5  *Desert Star Family Planning, LLC; DeShawn Taylor, M.D.*

6  John R. Tellier
   Arizona Attorney General's Office
7  1275 W. Washington
   Phoenix, AZ  85007
8  john.tellier@azag.gov
   *Attorneys for Members of the Arizona State Medical*
9  *Board and Members of the Board of Osteopathic*
   *Examiners in Medicine and Surgery*
10
    Douglas V. Drury
11  Mueller & Drury, P.C.
    8110 E Cactus Rd., Suite 100
12  Scottsdale, AZ 85260
    dougdrury@muellerdrury.com
13  *Attorneys for Cara M. Christ, M.D.*

14  Kimberly A. Parker
    Tiffany Payne
15  Skye Lynn Perryman
    1875 Pennsylvania Ave, NW
16  Washington, D.C. 20006
    kimberly.parker@wilmerhale.com
17  tiffany.Payne@wilmerhale.com
    skye.perryman@wilmerhale.com
18  *Attorneys for Amici Curiae American College of*
    *Obstetricians and Gynecologists, American Medical Association,*
19  *and Arizona Medical Association*

20  Mailee R. Smith
    Americans United for Life
21  655 15th St. NW, Suite 410
    Washington, D.C. 20005
22  mailee.smith@aul.org
    *Attorneys for Amici Curiae American Association of Pro-Life*
23  *Obstetricians & Gynecologists, Physicians for Life, National*
    *Association of Pro-Life Nurses, and National*
24

25
    By: /s/ Aubrey Joy Corcoran
26
    #4712074

5