1 MARK BRNOVICH
Attorney General
2 Firm State Bar No. 14000

3 JOHN R. TELLIER
Assistant Attorney General
4 State Bar No. 005959
1275 W. Washington
5 Phoenix, Arizona 85007-2997
Telephone: (602) 542-7031
6 Fax: (602) 364-3202
John.Tellier@azag.gov

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE DISTRICT OF ARIZONA**

10 Planned Parenthood Arizona, Inc.; Eric Reuss,          Case No. 2:15-CV-01022-SPL
M.D., M.P.H.; Paul A. Isaacson, M.D.; Desert
11 Star Family Planning, LLC; DeShawn Taylor,
M.D.,
12                                                         **JOINDER BY THE MEMBERS
                                                           AND EXECUTIVE
13                         Plaintiffs,                      DIRECTORS OF THE
                                                           ARIZONA MEDICAL BOARD
      v.                                                   AND THE ARIZONA
14                                                         OSTEOPATHIC EXAMINERS
Mark Brnovich, Arizona Attorney General, in his           IN MEDICINE AND
15 official capacity; Cara M. Christ, Director of the      SURGERY IN THE
Arizona Department of Health Services, in her             DEFENDANT CHRIST'S
16 official capacity, *et al*.; Patricia E. McSorley,      NOTICE OF FILING OF
Executive Director of the Arizona Medical Board,          PROPOSED FINDINGS OF
17 in her official capacity; Richard T. Perry, M.D.,       FACT AND CONCLUSIONS
Medical Board Chair, in is official capacity;             OF LAW**
18 James Gillard, M.D., Medical Board Vice Chair,
in his official capacity; Jodi A. Bain, Medical
19 Board Member, in her official capacity; Marc D.
Berg, M.D., Medical Board Member, in his                  **(Honorable Steven P. Logan)**
20 official capacity; Donna Brister, Medical Board
Member, in her official capacity; R. Screven
21 Farmer, M.D., Medical Board Member, in his
official capacity; Gary R. Figge, M.D. Medical
22 Board Member, in his official capacity; Robert E.
Fromm, M.D., Medical Board Member, in his
23 official capacity; Paul S. Gerding, Medical Board
Member, in his official capacity; Lois Krahn,
24 M.D., Medical Board Member, in her official
capacity; Edward G. Paul, M.D., Medical Board
25 Member in his official capacity; Wanda J. Salter,
Medical Board Member, in her official capacity;
26 Jenna Jones, Executive Director of the Arizona
Board of Osteopathic Examiners in Medicine and
Surgery, in her official capacity; Scott Steingard,
D.O., Board of Osteopathic Examiners in

1  Medicine and Surgery President, in his official
capacity; Douglas Cunningham, D.O., Board of
2  Osteopathic Examiners in Medicine and Surgery
Vice President, in his official capacity; Gary
3  Erbstoesser, D.O., Board of Osteopathic
Examiners in Medicine and Surgery Member, in
4  his official capacity; Jerry G. Landau, Board of
Osteopathic Examiners in Medicine and Surgery
5  Member, in his official capacity; Martin B. Reiss,
D.O., Board of Osteopathic Examiners in
6  Medicine and Surgery Member, in his official
capacity; Lew Riggs, Board of Osteopathic
7  Examiners in Medicine and Surgery Member, in
his official capacity; Vas Sabeeh, D.O., Board of
8  Osteopathic Examiners in Medicine and Surgery
Member, in his official capacity,

9
                                       Defendants.
10

11       The Defendant members of the Arizona Medical Board, the Arizona Board of

12  Osteopathic Examiners in Medicine and Surgery, and the Executive Director of each

13  Board joins in the Notice of Filing Defendant Christ's Proposed Findings of Fact and

14  Conclusions of Law (Dkt. 96) and the attachment thereto.

15       Dated this 13th day of October, 2015.

16

17

18

19                                   MARK BRNOVICH
                                     Attorney General
20

21                                   /s/  John R. Tellier
                                     John R. Tellier
22                                   Assistant Attorney General
                                     Attorney for the Members of the Arizona
23                                   State Board of Osteopathic Examiners in
                                     Medicine and Surgery, the Arizona
24                                   Medical Board, and their executive
                                     directors
25

26  //
    //

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmission to the following:

Douglas V. Drury
Mueller & Drury, P.C.
8110 E Cactus Rd., Suite 100
Scottsdale, AZ 85260
dougdrury@muellerdrury.com
*Attorney for Cara M. Christ and the
Arizona Department of Health Services*

Lawrence Rosenfeld
Daniel B. Pasternak
Squire Patton Boggs (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
Lawrence.rosenfeld@squirepb.com
Daniel.pasternak@squirepb.com

Diana Salgado
Planned Parenthood Federation of America
434 W. 33rd Street
New York, NY 10001
Diana.salgado@ppfa.org

Alice Clapman
Helene T. Krasnoff
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, D.C. 20005
Alice.clapman@ppfa.org
Helen.krasnoff@ppfa.org
*Attorneys for Planned Parenthood Arizona, Inc.*

David Brown
Hillary Schneller
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
dbrown@reprorights.org
hschneller@reprorights.org
*Attorneys for Paul A. Isaacson, M.D.*

Andrew Beck
Susan Talcott Camp
Brigitte Amiri
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

1   abeck@aclu.org
    tcamp@aclu.org
2   bamiri@aclu.org
    *Attorneys for Eric Reuss, M.D., M.P.H.;*
3   *Desert Star Family Planning, LLC; DeShawn Taylor, M.D.*

4   Daniel Pochoda
    Victoria Lopez
5   American Civil Liberties Union Foundation of Arizona
    3707 N. 7th Street, Suite 235
6   Phoenix, AZ 85014
    dpochoda@acluaz.org
7   vlopez@acluaz.org
    *Attorneys for Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D.;*
8   *Desert Star Family Planning, LLC; DeShawn Taylor, M.D.*

9   Kimberly A. Parker
    Tiffany Payne
10  Skye Lynn Perryman
    1875 Pennsylvania Ave., N.W.
11  Washington, D.C. 20006
    Kimberly.parker@wilmerhale.com
12  Tiffany.payne@wilmerhale.com
    Skye.perryman@wilmerhale.com
13
    Kevin Ray
14  Aubrey Joy Corcoran
    1275 W. Washington
15  Phoenix, AZ 85007
    Kevin.ray@azag.gov
16  AubreyJoy.corcoran@azag.gov

17  Mailee R. Smith
    Americans United for Life
18  655 15th Street N.W., Suite 410
    Washington, D.C. 20005
19  Mailee.smith@aul.org
    *Attorneys for Amici Curiae American Association of Pro-Life*
20  *Obstetricians & Gynecologists, Physicians for Life,*
    *National Association of Pro-Life Nurses*
21
    Joshua William Carden
22  Joshua Carden Law Firm, P.C.
    16427 N. Scottsdale Road, Ste. 410
23  Scottsdale, AZ 85254
24  Joshua@cardenlawfirm.com

25
    *Filed by: S.Khan*
26  #4713389v1

4