IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc., et al., <br><br>  Plaintiffs, <br>vs. <br><br> Mark Brnovich, et al., <br><br> Defendants. | No. CV-15-01022-PHX-SPL <br><br> **ORDER** |

In light of Defendants' Opposition to Consolidation (Docs. 102, 105), Plaintiffs' Motion to Compel (Doc. 101), and the outstanding discovery disputes set forth in the parties' Amended Joint Pre-Hearing Statement (Doc. 106), the Court concludes that advancement of the trial on the merits and consolidation with preliminary injunction is not appropriate in this case.[1] Therefore, the Court will grant the parties' stipulated request for entry of preliminary injunction. A scheduling conference will be addressed in a separate forthcoming order. Accordingly,

**IT IS ORDERED:**

1. That, with regard to the parties' request for entry of preliminary injunction, the Stipulation (Doc. 94) is **granted in part**;

2. That, pursuant to the parties' Stipulation (Doc. 94), the Temporary Restraining Order is **lifted** and an Order of Preliminary Injunction is **entered**;

---

[1] Further, the parties have not been afforded an opportunity to address whether the Maricopa County Superior Court's October 15, 2015 ruling in *Planned Parenthood Arizona, Inc. v. Christ*, Case No. CV2014-006633, bears upon the instant action.

3. That Defendants are **enjoined** from enforcing the provisions of Section 4 of Arizona Senate Bill 1318 to be codified at A.R.S. §§ 36-2153(A)(2)(h) and (i) pending final judgment on the merits in this case and until further Order of this Court. Physicians and other designated health care professionals[2] are not required to comply with the provisions of Section 4 of S.B. 1318 to be codified at A.R.S. §§ 36-2153(A)(2)(h) and (i), absent further Order of this Court;

4. That Preliminary Injunction is entered without security under Rule 65(c) of the Federal Rules of Civil Procedure;

5. That the hearings presently scheduled for October 21, 2015, October 22, 2015, and October 23, 2015 are **vacated** as moot;

6. That Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 22) is **denied** as moot; and

7. That Plaintiffs' Motion to Compel (Doc. 101) is **denied** without prejudice and with leave to refile following issuance of a Case Management Order in this matter.

Dated this 16th day of October, 2015.

Honorable Steven P. Logan
United States District Judge

---

[2] As enumerated in A.R.S. § 36-2153(A)(2)

2