| | | |
|---|---|---|
| Diana Salgado* | David Brown* | Lawrence Rosenfeld |
| Alice Clapman* | Hillary Schneller* | AZ Bar No. 004426 |
| Helene T. Krasnoff* | Center for Reproductive Rights | Daniel B. Pasternak |
| Planned Parenthood Federation of America | 199 Water Street, 22nd Floor New York, NY 10038 | AZ Bar No. 023751 Squire Patton Boggs (US) LLP |
| 1110 Vermont Avenue NW, Suite 300 | (917) 637-3600 dbrown@reprorights.org | 1 East Washington Street, Suite 2700 Phoenix, AZ 85004 |
| Washington, DC 20005 (202) 973-4800 | hschneller@reprorights.org | (602) 528-4000 lawrence.rosenfeld@squirepb.com |
| alice.clapman@ppfa.org helene.krasnoff@ppfa.org | *Attorneys for Paul A. Isaacson, M.D.* | daniel.pasternak@squirepb.com |
| *Attorneys for Planned Parenthood Arizona, Inc.* | | *Attorneys for Planned Parenthood Arizona, Inc.* |

| | |
|---|---|
| Andrew Beck* | Daniel Pochoda |
| Talcott Camp* | AZ Bar No. 021979 |
| Brigitte Amiri* | AZ Bar No. 330042** |
| American Civil Liberties Union Foundation | American Civil Liberties Union Foundation of Arizona |
| 125 Broad Street, 18th Fl. | 3707 N. 7th Street, Suite 235 |
| New York, NY 10004 | Phoenix, AZ 85014 |
| (212) 549-2633 | (602) 650-1854 |
| abeck@aclu.org | dpochoda@acluaz.org |
| tcamp@aclu.org | |
| bamiri@aclu.org | *Attorneys for Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D.; Desert Star Family Planning, LLC; DeShawn Taylor, M.D.* |
| *Attorneys for Eric Reuss, M.D., M.P.H.; Desert Star Family Planning, LLC; DeShawn Taylor, M.D.* | |

*Admitted pro hac vice

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; *et al.* <br><br> Plaintiffs, <br> v. <br><br> Mark Brnovich, Arizona Attorney General, *et. al.* <br><br> Defendants. | Case No. 2:15-CV-01022-PHX-SPL <br><br> **STIPULATION TO DISMISS** |

The parties, by and through undersigned counsel of record, state as follows:

1. On June 4, 2015, Plaintiffs commenced a lawsuit seeking declaratory and injunctive relief from enforcement of S.B. 1318, 52nd Leg., 1st Reg. Sess. (AZ 2015) ("S.B. 1318"), by filing an action in this Court challenging the constitutionality of portions of the S.B. 1318. ECF No. 1.

2. On June 15, 2015, Defendants stipulated to a Temporary Restraining Order. ECF No. 30. On June 16, 2015, Court entered an Order temporarily enjoining Defendants from enforcing the challenged provisions and set dates for a hearing on Plaintiff's Motion for a Preliminary Injunction. ECF No. 32.

3. The parties then began discovery, during which time the Court set the case for trial. *See* ECF No. 95. The parties engaged in discovery, and later, trial preparation, until the Court vacated the trial dates. *See* ECF No. 107.

4. On October 8, 2015, Defendants stipulated to a Preliminary Injunction. ECF No. 94. On October 16, 2015, the Court entered an Order preliminarily enjoining Defendants from enforcing the challenged provisions and vacating the trial dates. ECF No. 107.

5. On May 17, 2016, Arizona Senate Bill 1112, 52nd Leg., 2nd Reg. Sess. (AZ 2016) ("S.B. 1112"), was enacted. S.B. 1112, *inter alia*, repeals the portions of S.B. 1318 that Plaintiffs have challenged in this case, significantly modifies the directive to the Arizona Department of Health Services ("ADHS") (codified at Ariz. Rev. Stat. § 36-2153(C)(8)), and no longer requires ADHS to post information about medication abortion reversal on ADHS's website and in related materials. S.B. 1112 states that the legislature's purpose in enacting this legislation includes resolving pending litigation.

6. On August 6, 2016, S.B. 1112 took effect. ADHS has also modified its website and printed materials to remove information about medication abortion reversal.

7. The parties therefore stipulate that this matter be dismissed.

8. Plaintiffs intend to file a motion seeking reimbursement for attorneys' fees and costs pursuant to 42 U.S.C. § 1988. The parties are hopeful they will be able to resolve this matter without further litigation. Due to the number of parties involved and upcoming vacations around Labor Day, the parties respectfully request additional time to attempt to reach a resolution on this matter, specifically until September 23, 2016, or other date selected by the Court. If the parties are not able to reach a resolution, Plaintiffs will file their motion on or before September 23, 2016.

Document9

9. A proposed Order is submitted simultaneously herewith.

Respectfully submitted this 18th day of August, 2016.

| By /s/ *Lawrence Rosenfeld* | By /s/ *Doug Drury* |
|---|---|
| Lawrence Rosenfeld | Doug Drury |
| Attorney for Plaintiffs | Attorney for Defendants |

Lawrence Rosenfeld
AZ Bar No. 004426
Daniel B. Pasternak
AZ Bar No. 023751
Squire Patton Boggs (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
(602) 528-4000
lawrence.rosenfeld@squirepb.com
daniel.pasternak@ squirepb.com
*Attorneys for Plaintiffs*

Diana Salgado*
Alice Clapman*
Helene T. Krasnoff*
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
diana.salgado@ppfa.org
alice.clapman@ppfa.org
helene.krasnoff@ppfa.org
*Attorneys for Planned Parenthood Arizona, Inc.*

David Brown*
Hillary Schneller*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3600
dbrown@reprorights.org
hschneller@reprorights.org
*Attorneys for Paul A. Isaacson, M.D.*

Douglas V. Drury
AZ Bar No. 011461
Mueller& Drury, P.C.
8110 East Cactus Road, Ste. 100
Scottsdale, AZ 85260-5210
mdlaw@muellerdrury.com
(480) 368-5511
*Attorney for Defendants*

John R. Tellier
Office of the Attorney General Phoenix
1275 W. Washington St.
Phoenix, Arizona 85007
john.tellier@azag.gov
*Attorney for Patricia E. McSorley, Richard T. Perry, James Gillard, Jodi A. Bain, Marc D. Berg, Donna Brister, R. Screven Farmer, Gary R. Figge, Robert E. Fromm, Paul S. Gerding, Lois Krahn, Edward G. Paul, and Wanda J. Salter*

Kevin D. Ray
Office of the Attorney General
Education
and Health Section - Health Unit
Aubrey Joy Corcoran
Office of the Attorney General –
Phoenix - Civil
1275 W. Washington St.
Phoenix, Arizona 85007
kevin.ray@azag.gov
aubreyjoy.corcoran@azag.gov
*Attorneys for Mark Brnovich*

3

Andrew Beck*
Talcott Camp*
Brigitte Amiri*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
abeck@aclu.org
tcamp@aclu.org
bamiri@aclu.org
*Attorneys for Eric Reuss, M.D., M.P.H.;
Desert Star Family Planning, LLC;
DeShawn Taylor, M.D.*

Daniel Pochoda
AZ Bar No. 021979
American Civil Liberties Union Foundation
of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
(602) 650-1854
dpochoda@acluaz.org

*Attorneys for Eric Reuss, M.D., M.P.H.;
Paul A. Isaacson, M.D.; Desert Star
Family Planning, LLC; DeShawn Taylor,
M.D.*

*Admitted pro hac vice

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

/s/ Lawrence Rosenfeld
Lawrence Rosenfeld
*Attorney for Plaintiffs*