1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8    Planned Parenthood Arizona, Inc., et al.,   )   No.  CV-15-01022-PHX-SPL
                                                  )
9                                                 )
                         Plaintiffs,              )
10   vs.                                          )   **ORDER**
                                                  )
11                                                )
12   Mark Brnovich, et al.,                       )
                                                  )
13                       Defendants.              )
                                                  )
14   _____         )

15          Having considered the parties' stipulated request (Doc. 133), and in accordance

16   with the Court's July 6, 2016 Order (Doc. 131),

17          **IT IS ORDERED:**

18          1.      That the Stipulation to Dismiss (Doc. 133) is **granted**;

19          2.      That this action is **dismissed with prejudice** in its entirety; and

20          3.      That any motion for attorneys' fees and costs pursuant to 42 U.S.C. § 1988

21   must be filed on or before **September 23, 2016**.

22          Dated this 23rd day of August, 2016.

23

24                                                _____
                                                  Honorable Steven P. Logan
25                                                United States District Judge

26

27

28