# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mark Brnovich, et al., <br><br> Defendants. | NO. CV-15-01022-PHX-SPL <br><br> **JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 14, 2017, judgment is entered in favor of plaintiffs and against defendants in the amount of $591,724.50, and non-taxable expenses in the amount of $20,494.28.

Brian D. Karth
District Court Executive/Clerk of Court

August 14, 2017

By   s/ A. Duran
Deputy Clerk