Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
PO Box 42182
Mesa, AZ  85274
lawdvd@aol.com
State Bar No. 011461
Attorney for Defendant Cara M. Christ,
Director of the Arizona Department of Health Services,
in her official capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D., Desert Star Family Planning, LLC; DeShawn Taylor, M.D.,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Mark Brnovich, Arizona Attorney General, in his official capacity; Cara M. Christ, Director of the Arizona Department of Health Services, in her official capacity; Patricia E. McSorley, Executive Director of the Arizona Medical Board, in her official capacity; Richard T. Perry, M.D. Medical Board Chair, in his official capacity; James Gillard M.D., Medical Board Vice Chair, in his official capacity; Jodi A. Bain, Medical Board Member, in her official capacity; Marc D. Berg, M.D., Medical Board Member, in his official capacity; Donna Brister, Medical Board Member, in her official capacity; R. Screven Farmer, M.D., Medical Board Member, in his official capacity; Gary R. Figge, M.D. Medical Board Member, in his official capacity; Robert E. Fromm, M.D., Medical Board Member, in his official capacity; Paul S. Gerding, Medical Board | Case No.: 2:15-CV-01022-SPL<br><br>NOTICE OF SETTLEMENT |

Member, in his official capacity; Lois Krahn, M.D. Medical Board Member, in her official capacity; Edward G. Paul, M.D. Medical Board Member, in his official capacity; Wanda J. Salter, Medical Board Member, in her official capacity; Jenna Jones, Executive Director of the Arizona Board of Osteopathic Examiners in Medicine and Surgery, in her official capacity; Scott Steingard, D.O., Board of Osteopathic Examiners in Medicine and Surgery President, in his official capacity; Douglas Cunningham, D.O.; Board of Osteopathic Examiners in Medicine and Surgery Vice President, in his official capacity; Gary Erbstoesser, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Jerry G. Landau, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Martin B. Reiss, D.O. Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Lew Riggs, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Vas Sabeeh, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity,

Defendants.

Plaintiffs, by and through counsel undersigned and Defendants, by and through counsel undersigned, hereby give notice that the parties have settled this matter as to all claims. The Motion pending before the Court for Supplemental Attorney's fees is withdrawn. Plaintiffs will file a Satisfaction of Judgment upon completion of the settlement terms.

DATED this 21st day of September, 2017.

| PLANNED PARENTHOOD FEDERATION OF AMERICA | MUELLER & DRURY, P.C. |
|---|---|
| By  s/Diana Salgado<br>Diana Salgado<br>Plaintiffs | By /sDouglas V. Drury<br>Douglas V. Drury<br>Defendants |

Original filed and copy
Mailed this 21st day of September, 2017 to:

Diana Salgado
Planned Parenthood Federation of America
434 W 33rd St.
New York, NY  10001
Diana.salgado@ppfa.org
Attorney for Planned Parenthood Arizona, Inc.

Alice Clapman
Helene T. Krasnoff
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Stes. 300
Washington, DC 20005
alice.clapman@ppfa.org
helene.krasnoff@ppfa.org
Attorneys for Planned Parenthood Arizona, Inc.

David Brown
Hillary Schneller
Center for Reproductive Rights
199 Water Street 22nd Floor
New York, NY  10038
dbrown@reprorights.org
hschneller@reprorights.org
Attorneys for Paul A. Isaacson, M.D.

Case 2:15-cv-01022-SPL   Document 148   Filed 09/21/17   Page 4 of 4

Andrew Beck
Susan Talcott Camp
Brigitte Amiri
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY  10004
abeck@aclu.org
tcamp@aclu.org
bamiri@aclu.org
Attorneys for Eric Reuss, M.D., M.P.H.,
Desert Star Family Planning, LLC and
DeShawn Taylor, M.D.


Daniel Pochoda
Victoria Lopez
American Civil Liberties Union Foundation of Arizona
PO Box 17148
Phoenix, AZ  85011
dpochoda@acluaz.org
vlopez@acluaz.org
Attorneys for Eric Reuss, M.D., M.P.H.
Paul A. Isaacson, M.D.; Desert Star Family Planning,
DeShawn Taylor, M.D.

Daniel Benjamin Pasternak
Lawrence J. Rosenfeld
Squire Patton Boggs
1 E Washington Ste. 2700
Phoenix, AZ  85004
Attorneys for Desert Family Planning, Planned
Parenthood Arizona, DeShawn Taylor M.D.,
Eric Reuss, Paul Isaacson



By s/Rachelle Lumpp