| | |
|---|---|
| 1 | Douglas V. Drury, Esq. |
| | MUELLER & DRURY, P.C. |
| 2 | 8110 East Cactus Road, Ste. 100 |
| | Scottsdale, AZ 85260-5210 |
| 3 | mdlaw@muellerdrury.com |
| | (480) 368-5511 |
| 4 | State Bar No. 011461 |
| | Attorney for Defendant Cara M. Christ, |
| 5 | Director of the Arizona Department of Health Services |
| | in her official capacity |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| | Planned Parenthood Arizona, Inc.; Eric Reuss, M.D., M.P.H.; Paul A. Issacson, M.D., Desert Star Family Planning, LLC; Deshawn Teylor, M.D., | |
| | Plaintiffs, | |
| | v. | |
| | Mark Brnovich, Arizona Attorney General, in his official capacity, Cara M. Christ, Director of the Arizona Department of Health Services, in her official capacity; Patricia E. McSorley, Executive Director of the Arizona Medical Board, in her official capacity; Richard T. Perry, M.D. Medical Board Chair, in his official capacity; James Gillard M.D., Medical Board Vice Chair, in his official capacity; Jodi A. Bain, Medical Board Member, in her official capacity; Marc D. Berg, M.D., Medical Board Member, in his official capacity; Donna Brister, Medical Board Member, in her official capacity; R. Screven Farmer, M.D., Medical Board Member, in his official capacity; Gary R. Figge, M.D. Medical Board Member, in his official capacity; Robert E. Fromm, M.D., Medical Board Member, in his official capacity; Paul S. Gerding, Medical Board Member, in his official capacity; Lois Krahn, M.D. Medical Board Member, in her official capacity; Edward G. Paul, M.D. Medical Board Member, in his official capacity; Wanda J. Salter, Medical Board Member, in her official capacity; Jenna Jones, Executive Director of the Arizona Board of Osteopathic Examiners in Medicine and Surgery, in her official capacity; Scott Steingard, D.O., Board of Osteopathic | **SETTLEMENT AGREEMENT**<br><br>Case CV-15-01022-PHX-SPL |

| | |
|---|---|
| | Examiners in Medicine and Surgery President, in his official capacity; Douglas Cunningham, D.O.; Board of Osteopathic Examiners in Medicine and Surgery Vice President, in his official capacity; Gary Erbstoesser, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Jerry G. Landau, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Martin B. Reiss, D.O. Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Lew Riggs, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Vas Sabeeh, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity, |
| | Defendants. |

THIS AGREEMENT is made as of the _____ day of October, 2017, by and between Planned Parenthood Arizona, Inc.; Eric Reuss, M.D., M.P.H.; Paul A. Isaacson, M.D., Desert Star Family Planning, LLC; DeShawn Taylor, M.D ("Plaintiffs") and Mark Brnovich, Arizona Attorney General, in his official capacity; Cara M. Christ, Director of the Arizona Department of Health Services, in her official capacity; Patricia E. McSorley, Executive Director of the Arizona Medical Board, in her official capacity; Richard T. Perry, M.D. Medical Board Chair, in his official capacity; James Gillard M.D., Medical Board Vice Chair, in his official capacity; Jodi A. Bain, Medical Board Member, in her official capacity; Marc D. Berg, M.D., Medical Board Member, in his official capacity; Donna Brister, Medical Board Member, in her official capacity; R. Screven Farmer, M.D., Medical Board Member, in his official capacity; Gary R. Figge, M.D. Medical Board Member, in his official capacity; Robert E. Fromm, M.D., Medical Board Member, in his official capacity; Paul S. Gerding, Medical Board Member, in his official capacity; Lois

Krahn, M.D. Medical Board Member, in her official capacity; Edward G. Paul, M.D. Medical Board Member, in his official capacity; Wanda J. Salter, Medical Board Member, in her official capacity; Jenna Jones, Executive Director of the Arizona Board of Osteopathic Examiners in Medicine and Surgery, in her official capacity; Scott Steingard, D.O., Board of Osteopathic Examiners in Medicine and Surgery President, in his official capacity; Douglas Cunningham, D.O.; Board of Osteopathic Examiners in Medicine and Surgery Vice President, in his official capacity; Gary Erbstoesser, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Jerry G. Landau, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Martin B. Reiss, D.O. Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Lew Riggs, Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity; Vas Sabeeh, D.O., Board of Osteopathic Examiners in Medicine and Surgery Member, in his official capacity, ("Defendants").

## **Agreement**

1. Plaintiffs and Defendants are parties to a certain action in the District Court of Arizona, Case No. 2:15-CV-01022-SPL. A final judgment has been entered by the Court.

2. <u>Purpose of Agreement</u>.   The parties have entered into this Settlement to resolve the Judgment and to end all aspects of the case. Neither Plaintiffs nor Defendants have filed a Notice of Appeal in this action and neither shall file such notice. This agreement is intended to fully and finally resolve any and all matters pertaining to the above-referenced case number.

3.     <u>Monetary Consideration to Plaintiffs.</u>  Defendants shall pay Plaintiffs $550,000.00.  Plaintiffs shall allocate these funds at their sole discretion and without notice to Defendants or to the Court.

4.     <u>Satisfaction.</u>  Within 10 days of receipt of good funds, Plaintiffs shall cause to be filed a satisfaction of Judgment in a form acceptable to Defendants.

5.     <u>No other actions</u>.  No actions will be taken by the parties to this matter, except to enforce the terms of this settlement agreement.

6.     The attorneys signing below have authority to enter this agreement on behalf of all Plaintiffs and Defendants.

DATED this ___ day of October, 2017.

| PLANNED PARENTHOOD FEDERATION OF AMERICA | MUELLER & DRURY, P.C. |
|---|---|
| By  /s/Diana Salgado  _____<br>Diana Salgado<br>*On Behalf of Planned Parenthood Arizona, Inc.* | By    s/Douglas V. Drury<br>Douglas V. Drury<br>*Defendants* |

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

By <u>/s/ Andrew Beck</u>
Andrew Beck
*On behalf of Eric Reuss, M.D., M.P.H.;*
*Desert Star Family Planning, LLC;*
*DeShawn Taylor, M.D.*

CENTER FOR REPRODUCTIVE
RIGHTS

By <u>/s/ David Brown</u>
David Brown
*On behalf of Paul A. Isaacson, M.D.*